IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.       No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**     **DEFENDANT**

### NOTICE OF WITHDRAWAL OF CONSENT TO JOIN

Notice is hereby given that Opt-In Plaintiff Hector Dominguez withdraws his Consent to Join in this case. ECF No. 15.

     Respectfully submitted,

     **OSCAR MORENO BRIZ, Individually**
     **and on Behalf of All Others**
     **Similarly Situated, PLAINTIFF**

     SANFORD LAW FIRM, PLLC
     Kirkpatrick Plaza
     10800 Financial Centre Pkwy, Suite 510
     Little Rock, Arkansas 72211
     Telephone: (800) 615-4946
     Facsimile: (888) 787-2040

     Josh Sanford
     Ark. Bar No. 2001037
     josh@sanfordlawfirm.com

Page 1 of 2
Oscar Moreno Briz, et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144
Notice of Withdrawal of Consent to Join

## **CERTIFICATE OF SERVICE**

    I, the undersigned counsel, do hereby certify that a true and correct copy of the above and the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and notice is thereby given on the date imprinted by the CM/ECF system to all counsel of record in this matter.

                                                               */s/ Josh Sanford*
                                                               **Josh Sanford**

**Page 2 of 2**
**Oscar Moreno Briz, et al. v. Protrans International, LLC**
**U.S.D.C. (S.D. Tex.) No. 7:22-cv-144**
**Notice of Withdrawal of Consent to Join**