IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and on Behalf of All Others Similarly Situated**  **PLAINTIFF**

vs.   No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**   **DEFENDANT**

## JOINT NOTICE OF SETTLEMENT

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiff, as well as the claims of a putative collective of similarly situated individuals. The parties are in the process of finalizing settlement terms and expect to file a Joint Motion for Approval of Settlement with the Court within thirty (30) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**OSCAR MORENO BRIZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

and    **DEFENDANT PROTRANS INTERNATIONAL, LLC**

DENTONS US LLP
2000 McKinney, Ave., Suite 1900
Dallas, TX 75201
Telephone (214) 259-0900
Facsimile: (214) 259-0972

Spencer D. Hamilton
Tex. Bar No. 24087656
spencer.hamilton@dentons.com
Leanna M. Anderson
Tex. Bar No. 24085833
leanna.anderson@dentons.com

DENTONS BINGHAM GREENEBAUM, LLP
10 West Market Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 635-8900
Facsimile: (317) 236-9907

*/s/ Katherine G. Erdel*
Andrew W. Gruber
Admitted *pro hac vice*
andrew.gruber@dentons.com
Katherine G. Erdel
Admitted *pro hac vice*
kate.erdel@dentons.com

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the parties conferred on May 18, 2023, regarding the subject matter of this Notice. The parties agree on the requested relief and make this request jointly.

## CERTIFICATE OF SERVICE

On May 18, 2023 I electronically filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which provided notice to the following attorneys of record:

Leanna M. Anderson
Spencer D. Hamilton
DENTONS US LLP
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0972
leanna.anderson@dentons.com
spencer.hamilton@dentons.com

Katherine G. Erdel, Esq.
Andrew W. Gruber, Esq.
DENTONS BINGHAM GREENEBAUM LLP
10 W. Market St., 2700 Market Tower
Indianapolis, Indiana 46204
Telephone: (317) 635-8900
kate.erdel@dentons.com
andrew.gruber@dentons.com

                                              */s/ Josh Sanford*
                                              **Josh Sanford**