UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| OSCAR MORENO BRIZ, *et al.* § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-cv-00144 |
| § | |
| PROTRANS INTERNATIONAL, LLC, § | |
| § | |
| Defendant. § | |

## ORDER

The Court now considers the parties' "Joint Notice of Settlement."[1] Therein, the parties state that that they "have reached a settlement in principle that will resolve all claims asserted by Plaintiff, as well as the claims of a putative collective of similarly situated individuals" and that they "expect to file a Joint Motion for Approval of Settlement" within 30 days.[2] The parties further "request that all deadlines be stayed pending finalization of their settlement."[3]

The Court **GRANTS** the instant request, **CANCELS** all deadlines in the case, and **ORDERS** the parties to file settlement documents by **June 20, 2023,** or otherwise inform the Court of how they wish to proceed.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 22nd day of May 2023.

_____
Micaela Alvarez
United States District Judge

---

[1] Dk. No. 37.
[2] *Id.*
[3] *Id.*