## COLLECTIVE ACTION SETTLEMENT AGREEMENT AND RELEASE

1.     This Collective Action Settlement Agreement and Release ("Agreement") is entered into by and between Oscar Moreno Briz ("Named Plaintiff"), individually and on behalf of those who opt into this matter ("Opt-In Plaintiffs," and, together with Named Plaintiff, "Plaintiffs"), and Protrans International, LLC ("Defendant"). Plaintiffs and Defendant are jointly referred to herein as the "Parties."

2.     Statement of Pending Claims.  On May 9, 2022, Named Plaintiff filed the Civil Action, *Oscar Moreno Briz v. Protrans International, LLC*, No. 7:22-cv-144 (the "Action") in the United States District Court for the Southern District of Texas (the "Court"). In the Action, Named Plaintiff claims that Defendant failed to pay him and others similarly situated their proper overtime amounts due under the Fair Labor Standards Act ("FLSA"). Defendant denies that its policies or practice violate the FLSA, or that it otherwise failed to comply with the law with respect to Plaintiffs. Nothing in this Agreement does or is intended to suggest or serve as an admission that Defendant has any liability to Plaintiffs.

3.     Payments.  In consideration for signing this Settlement Agreement and Release, the dismissal of the Action with prejudice, and the fulfillment of the promises herein, Defendant agrees to pay Plaintiffs up to **Sixty Thousand Dollars** ($60,000.00) (the "Total Settlement Amount"), as outlined and subject to the conditions set forth below (the "Approved Payments"). With the exception of Settlement Fund Awards, which shall be paid as described below, Approved Payments from the Total Settlement Amount shall be delivered to Sanford Law Firm, PLLC ("Collective Counsel"), at Kirkpatrick Plaza, 10800 Financial Centre Parkway, Suite 510, Little Rock, Arkansas 72211, in the following amounts:

a.     Named Plaintiff will be paid a service award in the amount of Five Hundred Dollars ($500.00) ("Service Award"). Defendant will deliver the Service Award to Collective Counsel via check, with no tax withholdings taken from it, and will issue Named Plaintiff an IRS Form 1099 for this amount.

b.     "Settlement Fund" refers to the total amount available to be paid to Plaintiffs, other than the Service Award. The amount of the Settlement Fund is Thirty-Eight Thousand Five Hundred Dollars ($38,500.00). Subject to receipt of the signed Consent to Join (defined herein), each Plaintiff will receive a proportional award from the Settlement Fund ("Settlement

Doc ID: 697da117ceca47605a325bc7c9f82d9464aa675b

Fund Award") corresponding to their damages as calculated by counsel for the Parties with payroll data provided by Defendant. The awards are itemized for each Plaintiff on the Settlement Allocation, which is attached as **Appendix A.**

c.    Payments made to Plaintiffs from the Settlement Fund will be designated as overtime wages and subject to employment taxes including income tax withholding. These payments will be reported on IRS Form W-2 for the calendar year in which they are actually paid, subject to the most current W-4 on file with Defendant for each Plaintiff.

d.    "Attorneys' Fees and Costs" refers to the amount to be paid to Collective Counsel for representing Plaintiffs. The amount of the Attorneys' Fees and Costs is Twenty-One Thousand Dollars ($21,000.00). There will be no tax withholdings taken from this payment, and Defendant will issue Collective Counsel an IRS Form 1099 for this amount. Collective Counsel agrees to cooperate with Defendant and provide any and all documentation required by Defendant for processing of the payment to Collective Counsel. If the Court requires approval of fees and costs, Defendant shall not oppose Plaintiffs' efforts to obtain approval of the agreed fees and costs, including any motion for reconsideration or appeal of a denial of fees and costs.

4.    <u>Settlement Approval</u>.  Within seven (7) days of complete execution of this Agreement, the Parties will file a Joint Stipulation for Certification, Motion for Approval of Settlement, and Dismissal with Prejudice, in a form to be agreed upon by the Parties. The Parties agree to fully cooperate with each other to accomplish the terms of this Agreement, including but not limited to, execution of such documents and to take such other action as may be reasonably necessary to implement the terms of this Agreement. The Parties shall use their best efforts, including all efforts contemplated by this Agreement and any other efforts that may become necessary by order of the Court, or otherwise, to effectuate this Agreement and the terms set forth herein.

5.    <u>Consent to Court-Facilitated Notice</u>.  The "Potential Opt-in Plaintiffs" shall include all hourly-paid employees who were paid a profit-share bonus in connection with work performed for Defendant in any week in which they worked over forty hours between October of 2020 and June of 2022. For settlement

Doc ID: 697da117ceca47605a325bc7c9f82d9464aa675b

purposes, the parties agree that Named Plaintiff and the Potential Opt-In Plaintiffs are similarly situated for purposes of 29 U.S.C. § 216(b) of the FLSA and consent to Court-facilitated notice to Potential Opt-in Plaintiffs. The Parties will work together on a mutually acceptable Settlement Notice and Consent to Join Settlement Form that will serve as and include Plaintiff's release of claims ("Consent to Join"). Defendant shall provide Collective Counsel with the names and last known mailing addresses for the Potential Opt-In Plaintiffs for purposes of distributing the notice.

6.    <u>Responsibilities of Collective Counsel</u>.    Collective Counsel's responsibilities include: distributing the Settlement Notice and Consents to Join to the Potential Opt-In Plaintiffs, using the contact information provided by Defendant; receiving, processing, and filing signed Consents to Join to participate in this settlement and join the Action on the public docket; providing Defendant an updated Appendix A to identify Plaintiffs that have timely signed a Consent to Join and will receive a Settlement Fund Award from the Settlement Fund.

7.    <u>Responsibilities of Defendant</u>.    Defendant's responsibilities include: providing Collective Counsel with an accurate and complete list identifying and containing all last known mailing addresses for the Potential Opt-In Plaintiffs; providing Collective Counsel with proof of direct deposit or delivery of physical check to the Plaintiffs for the Settlement Fund Award; and providing Collective Counsel with a settlement check for the Attorneys' Fees and Costs and the Service Award.

8.    <u>Obligations Following Approval</u>.

a.    Within 7 days of the Court's approval of this Agreement, Defendant shall provide Collective Counsel with an accurate and complete list containing all last known physical address information for the Potential Opt-In Plaintiffs (the "Class List").

b.    Within 14 days of receiving the Class List, Collective Counsel shall distribute the Court-approved Settlement Notice and Consent to Join to all Potential Opt-In Plaintiffs via first-class mail using each individual's last known address information provided by Defendant, as updated by any more accurate information regarding recipient contact information known or obtained by Collective Counsel.

Doc ID: 697da117ceca47605a325bc7c9f82d9464aa675b

c.   Potential Opt-In Plaintiffs shall have 60 days from the date of initial distribution of the Court-approved Settlement Notice and Consents to Join to submit their signed Consent to Join to Collective Counsel by mail, fax, email, or other similar means of delivery (the "Acceptance Period"). Potential Opt-In Plaintiffs for whom Collective Counsel receive an undeliverable notification from the U.S. Postal Service within the Acceptance Period, and to whom a reissued Settlement Notice has been mailed, shall have the remainder of the 60-day Acceptance Period or 14 days from reissuance, whichever is longer, to submit their Consent to Join in response to these notice procedures.

d.   Within 7 days after the end of the Acceptance Period, or within 7 days of receiving the last reissued Consent to Join, whichever is longer, Collective Counsel shall file on the public docket all Consents to Join submitted in response to these notice procedures.

e.   Within 21 days after Collective Counsel files all properly returned Consents to Join on the public docket, Defendant shall issue the Settlement Fund Award payments for all Plaintiffs who have submitted a timely Consent to Join (via Defendant's payroll system for active employees or mailing of physical check for any former employee Plaintiff), the Service Award, and the Attorneys' Fees and Costs.

9.   Release of Claims.  Upon the date a Potential Opt-In Plaintiff executes a Consent to Join (and except as to such rights or claims as may be created by this Agreement) (or, in the case of Named Plaintiff executes this Agreement), each Plaintiff releases and waives any and all wage and hour claims they have or may have from the facts pled in the Complaint arising on or before June 30, 2022, including but not limited to claims related to overtime, Defendant's benefits plans, claims for attorney's fees, costs, damages, taxes, and those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to or arising out of their employment with the Defendant, whether known or unknown, that have been asserted against Defendant and its parents, subsidiaries, affiliates, partners, shareholders, related entities, predecessors, successors, assigns, trustees, estates, heirs, administrators, and all of their past and present members, managers, officers, directors, employees and agents (collectively, "Released Parties").

Doc ID: 697da117ceca47605a325bc7c9f82d9464aa675b

13.     <u>Entire Agreement</u>.  This Agreement contains the entire agreement and understanding between Plaintiffs and Defendant with respect to its subject matter and supersedes all other agreements between Plaintiffs and Defendant.

14.     <u>Headings</u>.  The headings contained in the Agreement are for reference purposes only and shall not in any way affect the meaning or interpretation of this Agreement.

15.     <u>Choice of Law</u>.  This Settlement Agreement and Release is to be interpreted pursuant to the laws of Texas, except where the application of federal law applies.

16.     <u>Waiver</u>.  Any failure by any party to insist upon the strict performance by the other party of any of the provisions of this Agreement shall not be deemed a waiver of any of the other provisions of this Agreement, and such party, notwithstanding such failure, shall have the right thereafter to insist upon the specific performance of any and all of the provisions of this Agreement.

17.     <u>Severability</u>.  The provisions of this Agreement are severable, and if any part of it is found to be unenforceable, the other parts shall remain fully valid and enforceable.

18.     <u>Counterparts</u>.  The Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed the same Agreement. This Agreement may be signed electronically, and a signed copy of the Agreement delivered by electronic means to counsel for Plaintiffs or counsel for Defendant shall be deemed to have the same legal effect as delivery of a physical copy of the Agreement.

19.     <u>Cooperation and Drafting</u>.  The Parties have cooperated in the drafting and preparation of this Agreement; hence the drafting of this Agreement shall not be construed against any of the Parties. The Parties agree that the terms and conditions of this Agreement were negotiated at arm's length and in good faith by the Parties' counsel and reflect a settlement that was reached voluntarily based upon adequate information and after consultation with experienced legal counsel.

[Signature Page to Follow]

Doc ID: 697da117ceca47605a325bc7c9f82d9464aa675b

**NAMED PLAINTIFF**

*Oscar J. Moreno*
_____

Oscar Moreno Briz, individually and
on behalf of others similarly situated

Date: 06 / 09 / 2023
_____

**DEFENDANT**

_____

Protrans International, LLC

By: _____

Date: _____

Doc ID: 697da117ceca47605a325bc7c9f82d9464aa675b

**NAMED PLAINTIFF**

**DEFENDANT**

_Cielo Hernandez_

Oscar Moreno Briz, individually and
on behalf of others similarly situated

Protrans International, LLC

By: Cielo Hernandez _____

Date: _____

Date: 6/9/2023 _____

Appendix A - Plaintiff Settlement Allocation

| Name | Service Award | Allocated Damages Share |
|---|---|---|
| Acosta, Gildardo G | | $217.53 |
| Acosta, Juan | | $152.14 |
| Acosta, Juan | | $13.80 |
| Adame, Mario Rene | | $373.57 |
| Agrela, Denise Gabriela | | $88.68 |
| Aguilar, Alberto J | | $10.00 |
| Aguilar, Alex | | $10.00 |
| Aguirre, Felix Ismael | | $10.00 |
| Aguirre, Joshua Trey | | $37.42 |
| Alarcon, Ana Laura | | $10.00 |
| Alba, Jose A | | $44.79 |
| Albarran, Anthony | | $200.66 |
| Alcala, Jose | | $10.00 |
| Alcaraz, Luis | | $535.41 |
| Alcaraz, Ulises | | $788.16 |
| Alcorta, Adalberto | | $10.00 |
| Alejandro, Ramses | | $172.14 |
| Allen, Larry | | $10.00 |
| Altamirano, Ernesto | | $42.38 |
| Alvara, Gabriel | | $10.00 |
| Alvarado, Alexander | | $495.58 |
| Alvarado, Jose | | $151.12 |
| Alvarado, Jose | | $211.88 |
| Alvarez, Rene E | | $499.34 |
| Anchondo, Eder | | $10.00 |
| Anchondo, Jose Manuel | | $10.00 |
| Angel Jr, Manuel Lorenzo | | $162.34 |
| Arambula, George | | $22.17 |
| Archer, Dawn | | $10.00 |
| Arellano Rodriguez, Roberto | | $27.54 |
| Arellano, Marisol | | $16.82 |
| Arias, Ramon | | $47.21 |
| Arias, Victor A | | $35.80 |
| Armendariz, Cesar | | $64.98 |
| Arras, Jose | | $294.31 |
| Arreola Perez, Eduardo | | $36.71 |
| Arreola, Amanda Justine | | $13.92 |
| Arreola, Francisco | | $10.00 |
| Arreola, Jose Alfredo | | $58.87 |
| Arteaga-Castaneda, Sonia | | $31.19 |
| Avila Lopez, Alejandro | | $10.00 |
| Avila, Dylan | | $10.00 |
| Ayala Sierra, Suzette C. | | $35.17 |
| Baccus, Damion | | $10.00 |
| Banda, Jose | | $84.83 |
| Banks, Doneatha | | $10.00 |
| Barcenas, Sabrina | | $178.79 |
| Barcenas, Suzette A | | $90.13 |
| Barrera JR, Eloy | | $10.00 |
| Barrios, Mario | | $27.89 |
| Beard, Phillip | | $59.63 |

| | | |
|---|---|---|
| Beaz, Belmar Eleazar | | $43.10 |
| Bell, Stephen Cicardi | | $10.00 |
| Bera Samanta, Moumita | | $10.00 |
| Bieghler, Dennise | | $10.00 |
| Bishop, Michelle Lenea | | $119.54 |
| Blackburn, Jacob M | | $25.62 |
| Black-Cicotte, Dustin | | $287.96 |
| Blake, Jacqulyn | | $10.00 |
| Blucher, Godfrey | | $17.23 |
| Borbely, Anthony George | | $109.22 |
| Borrego, Juan Jose | | $15.30 |
| Brisker, Kayla | | $10.00 |
| Brothers, Andrew | | $12.73 |
| Buendia, Jose Vincente | | $95.91 |
| Bugarin, Francisco | | $21.71 |
| Bujauskas, Eva | | $211.56 |
| Burk, Robert | | $55.75 |
| Busz, Mariah | | $10.00 |
| Byrd, Shontara | | $11.24 |
| Caballero, Gilberto | | $176.31 |
| Call, Ashley | | $10.00 |
| Calwile, Latosha | | $20.84 |
| Calzada, Brandon | | $29.99 |
| Camacho, Adan | | $10.00 |
| Camacho, Jose | | $36.86 |
| Camargo, Refugio | | $10.00 |
| Campbell, Donna | | $90.46 |
| Cantrell, Andrew Kent | | $10.00 |
| Carlos, Raul | | $18.34 |
| Carrillo, Tomas | | $10.00 |
| Carter, Jermaine | | $123.31 |
| Casillas, Victor | | $10.00 |
| Castaneda, Juan | | $70.67 |
| Castillo, Carlos | | $10.00 |
| Castillo, Jose | | $17.12 |
| Castro, Ernesto | | $77.04 |
| Castro, Hector | | $17.08 |
| Castro, Iliana Y | | $94.36 |
| Cato, Keldric | | $90.68 |
| Cavazos, Emanuel | | $114.64 |
| Cedillo, Christopher Michael | | $10.00 |
| Chapa, Enrique | | $413.88 |
| Chavarria, Crystal | | $11.21 |
| Cisneros, Julio Cesar | | $327.17 |
| Cobos, David | | $66.64 |
| Contreras, Gerardo | | $58.23 |
| Cordero, Nicolas | | $100.30 |
| Cornwell, Danielle | | $19.66 |
| Corral, Edgar | | $197.18 |
| Corralejo, Jesse | | $268.00 |
| Cortez, Eduardo | | $34.84 |
| Cortez, Jorge | | $317.30 |
| Cortez, Justin A | | $61.63 |
| Cox, Sharon Rachelle | | $10.91 |
| Craig, Roderick | | $10.00 |

| | | |
|---|---|---|
| Crozier, Dakota | | $10.96 |
| Cruz, Jesus | | $635.68 |
| De La Cruz, Benito | | $160.70 |
| De La Cruz, Jose Ramon | | $10.00 |
| De La Rosa, Michelle Y | | $64.05 |
| De La Torre, Carlo Alejandro | | $17.35 |
| De Leon, Hector Orlando | | $323.19 |
| Degenhardt, Bryon | | $10.00 |
| DeJesus, Aaron C | | $22.23 |
| Dekkers, Aron | | $285.15 |
| Delgado, Johnny | | $23.32 |
| Diehl, Mary Elizabeth | | $26.69 |
| Dillard, Isaac | | $28.29 |
| Doerner, David | | $16.71 |
| Dover, Nancy Kay | | $10.00 |
| Dunbar, Lindsay | | $13.80 |
| Duron, Victor Manuel | | $10.05 |
| Edwards, Corinthia | | $135.05 |
| Elias, Jaime | | $15.10 |
| Elizondo, Cesar | | $401.97 |
| Enriquez, Daniel | | $66.57 |
| Erosa, Gaspar | | $10.00 |
| Espinosa, Claudio B | | $26.23 |
| Estrada, Agustin | | $10.00 |
| Estrada, Daniel | | $370.96 |
| Estrada, Mauricio | | $235.54 |
| Fajardo, Hector | | $165.26 |
| Fambro, Brandon | | $15.30 |
| Fernandez, Carlos | | $10.00 |
| Figueroa, Jessica | | $62.93 |
| Flores, Alejandra | | $10.00 |
| Flores, Enrique | | $35.28 |
| Flores, Humberto | | $171.56 |
| Flores, Rodrigo | | $10.00 |
| Fonseca, Oscar | | $10.00 |
| Galeas, Jairo J | | $101.35 |
| Gallegos, Carlos Jesus | | $145.29 |
| Gamble, Tamia | | $11.28 |
| Garcia, Derrick | | $22.75 |
| Garcia, Francisco | | $69.36 |
| Garcia, Gabriel | | $340.19 |
| Garcia, Joshua | | $10.00 |
| Garcia, Josue I | | $16.69 |
| Garcia, Magaly | | $10.00 |
| Garcia, Miguel A | | $416.27 |
| Garcia, Norma Elisa | | $38.91 |
| Garcia, Rafael | | $10.00 |
| Gardea, Norma | | $107.28 |
| Gardner, Tony | | $11.20 |
| Garza Gomez, Martha | | $55.07 |
| Gaytan, Sergio | | $10.00 |
| Gersdorff, Christina | | $30.98 |
| Glenn, Aaron Toneal | | $10.00 |
| Glover, David | | $41.89 |
| Godina, Clemente | | $10.00 |

| | | |
|---|---|---|
| Gomez Mendez, Edgar | | $24.04 |
| Gomez, Oscar | | $64.05 |
| Gonterman, Alexa | | $10.00 |
| Gonzalez, Hernan | | $75.67 |
| Gonzalez, Jonathan | | $10.50 |
| Gonzalez, Jose | | $126.86 |
| Gonzalez, Joshua | | $10.00 |
| Gonzalez, Leslie | | $17.33 |
| Gonzalez, Luis Arturo | | $18.44 |
| Gonzalez, Manuel | | $150.27 |
| Gonzalez, Mario | | $171.90 |
| Grant, Heather | | $83.87 |
| Green, Daryl | | $61.17 |
| Guardiola, Rolando | | $13.51 |
| Guerrero, Pedro | | $40.75 |
| Guevara, Jessica Ethel | | $10.00 |
| Guevara, Luis | | $639.97 |
| Guilfoyle, Joseph James | | $10.00 |
| Guillen, Isabel Galvan | | $67.71 |
| Gutierrez, Genaro | | $122.13 |
| Gutierrez, Rodrigo | | $164.01 |
| Guttersohn, Rick A | | $10.00 |
| Guzman De Anguiano, Claudia | | $31.57 |
| Guzman, Alejandra | | $58.42 |
| Guzman, Joahan | | $10.00 |
| Hamilton, Tyrone | | $10.00 |
| Hamilton, Tyrone Patrick | | $10.00 |
| Hanes, Benjamin Nathan | | $10.00 |
| Hansen, Sohee K | | $10.00 |
| Harmon, Robert | | $69.51 |
| Harney, Rebecka | | $10.00 |
| Harris, Lisa | | $55.36 |
| Hawkins, Tiffany | | $10.00 |
| Herbert, Jose A | | $44.23 |
| Hernandez Jr, Andres | | $23.87 |
| Hernandez, Carlos | | $132.53 |
| Hernandez, Ismael | | $36.80 |
| Hernandez, Jorge | | $73.67 |
| Hernandez, Jorge | | $128.60 |
| Hernandez, Jorge | | $10.00 |
| Hernandez, Mario Enrique | | $54.46 |
| Herrera, Jesus | | $539.38 |
| Hill-Garrett, Phylisha | | $10.00 |
| Hinojos, Juan | | $228.73 |
| Hinojosa, Jose O | | $92.93 |
| Hite, Kenneth | | $97.65 |
| Hoehn, Todd | | $19.42 |
| Hood, Jason | | $14.75 |
| Hood, Robert Ronald | | $125.03 |
| Hopper, Preston | | $21.89 |
| Hudson, Christopher | | $10.00 |
| Huerta, Derek | | $10.00 |
| Huerta, Jesus | | $61.73 |
| Huerta, Kris | | $90.79 |
| Ibarra, Juan | | $18.48 |

| | | |
|---|---|---|
| Illescas, Jose | | $79.39 |
| Inzunza, Jose Alfonso | | $17.95 |
| Jackson, Jarid | | $15.92 |
| Jefferson, Monterrious J | | $10.00 |
| Jennings, Derrick | | $10.00 |
| Jimenez, Rolando | | $10.00 |
| Jones, Jeremy | | $87.94 |
| Juarez, Heriberto | | $25.96 |
| Kartes, Steven R | | $14.94 |
| Knight, Jenna | | $10.00 |
| Labelle, Anthony | | $16.59 |
| Lang, Katy | | $10.00 |
| Lape, James Wayne | | $74.10 |
| Lazo, Felix | | $19.53 |
| Leal, Alfredo | | $263.00 |
| Lemos, Isaiah Jordan | | $199.91 |
| Leon, Juan | | $53.40 |
| Leon, Leonardo | | $16.32 |
| Lewis, Roberta | | $10.00 |
| Leyva, Jaime | | $523.18 |
| Livingston, Dilon Matthew | | $10.00 |
| Lizarraga Silva, Jairo | | $10.00 |
| Lomas, Phillip | | $10.00 |
| Lopez, Jose | | $170.47 |
| Lopez, Martin | | $28.80 |
| Lopez, Miguel A | | $21.47 |
| Lopez, Roel | | $41.15 |
| Luna Gomez, Jesus Alonso | | $10.00 |
| Luna, Mauro | | $232.01 |
| Mabifa, Abdul | | $10.00 |
| Maciejewski, Sherry | | $11.95 |
| Maldonado, Pedro | | $10.00 |
| Maldonado, Ricardo | | $145.81 |
| Malooley, Micah | | $10.00 |
| Mann, Dianna | | $10.00 |
| Marroquin, Andres | | $12.58 |
| Martin, Bobbi | | $10.00 |
| Martinez, Adrian | | $128.52 |
| Martinez, Alberto | | $155.44 |
| Martinez, Brenda | | $10.00 |
| Martinez, Cesar | | $19.13 |
| Martinez, David | | $397.51 |
| Martinez, David | | $195.02 |
| Martinez, Jose A | | $28.02 |
| Martinez, Juan R | | $46.04 |
| Martinez, Mario Aaron | | $10.00 |
| Martinez, Pedro | | $397.17 |
| Martinez, Pedro | | $37.26 |
| Martinez, Pedro Manuel | | $146.94 |
| Martinez, Samantha | | $99.57 |
| Mathis, Debra | | $10.00 |
| McDaniel, Jeffrey | | $10.00 |
| McKinley, Tony | | $52.98 |
| Medellin, Oscar | | $86.40 |
| Medina, Cristian | | $10.00 |

| | | |
|---|---|---|
| Medina, Edgar Jovany | | $29.06 |
| Medrano, Emilio | | $10.00 |
| Medrano, Mayra | | $10.00 |
| Mejia, Isidro | | $34.26 |
| Melendez, Juan Manuel | | $31.64 |
| Mendez, Hector | | $496.25 |
| Mendez, Tomas | | $10.00 |
| Millan, Erica | | $10.00 |
| Molina, Marco Antonio | | $10.00 |
| Molinelli, Robert | | $130.50 |
| Moncada, Teresa | | $36.39 |
| Montano, Maria | | $37.17 |
| Montelongo, Salvador | | $39.82 |
| Montemayor, Benito Gaytan | | $10.00 |
| Montemayor, Fabian | | $143.67 |
| Mora, Ricardo | | $10.00 |
| Morales, Alma Yesenia | | $10.00 |
| Morales, Ituriel | | $23.80 |
| Moreno Briz, Oscar J | $500.00 | $144.93 |
| Moreno, Henry R | | $39.67 |
| Moreno, Martin | | $10.00 |
| Morin, Lorenzo | | $11.24 |
| Morris, Jeremiah | | $10.00 |
| Morris, Samuel | | $13.15 |
| Moy, Felicia | | $10.00 |
| Muhammad-Kennedy, Angelette Fatim | | $113.33 |
| Murillo, Victor | | $61.33 |
| Murphy, Ronald | | $220.07 |
| Neely, Christopher | | $44.00 |
| Nevarez, Fernando | | $68.81 |
| Nguyen, Ladda | | $95.61 |
| Noyd, Mariah | | $68.09 |
| Ochoa, Tommy | | $137.66 |
| Odom, Raven | | $10.00 |
| Olivas, Gabriel | | $10.00 |
| Orchard, Susan Marie | | $10.00 |
| Orozco, Mario | | $143.31 |
| Ortiz-Harraden, Xavier Taylor | | $24.82 |
| Osborne, Brian William | | $34.06 |
| Overfield, Elizabeth | | $10.00 |
| Owens, Tabitha Ann | | $10.53 |
| Padilla, Haymme E | | $141.77 |
| Paris, Philip | | $36.62 |
| Parker, Felicia M | | $23.24 |
| Pasillas, Gerardo | | $10.00 |
| Patton, Michelle J | | $78.00 |
| Patton, Trevor | | $10.00 |
| Payne, Stacie | | $26.20 |
| Payton, Kathy | | $10.00 |
| Pedroza, Claudia J | | $10.00 |
| Perales, Daniel | | $355.98 |
| Perez Marin, Ivan Esteban | | $10.00 |
| Perez Nino, Irvin | | $10.00 |
| Perez, Alicia | | $172.42 |
| Perez, David G | | $10.00 |

| | | |
|---|---|---|
| Perez, Isabel Cristina | | $10.00 |
| Perez, Jesus Manuel | | $39.69 |
| Perez, Jonathan | | $10.00 |
| Perkins, Maudice | | $10.00 |
| Perry, Jason | | $40.64 |
| Polanco, Juan | | $10.00 |
| Ponce, Juan Jose | | $46.91 |
| Pulido Giron, Santos | | $9.83 |
| Pulido Villarreal, Ofelia | | $78.95 |
| Quezada, Edgar | | $30.15 |
| Quintana, Cesar | | $10.00 |
| Quintana, Edward | | $10.00 |
| Quintero, Rogelio | | $55.71 |
| Ramirez, David | | $702.00 |
| Ramirez, Juan Leonardo | | $10.00 |
| Ramirez, Romulo | | $175.91 |
| Ramos, Carlos Giovanni | | $10.00 |
| Ramos, Cindy | | $112.50 |
| Randolph, Jeffery | | $10.00 |
| Rangel, Gilberto | | $10.00 |
| Rayas, Anthony R | | $145.40 |
| Rendon, Jorge | | $77.96 |
| Renteria, Mariana | | $18.23 |
| Reyes, Israel | | $15.64 |
| Reyes, Jose Luis | | $10.00 |
| Reyes, Juan P | | $17.40 |
| Rhyant, Rachel | | $10.00 |
| Rice, April | | $22.67 |
| Rios, Matthew | | $69.67 |
| Rivas, Carlos | | $13.69 |
| Rivas, Francisco Javier | | $49.09 |
| Rivas, Jacob | | $93.54 |
| Rivas, Jorge L | | $659.46 |
| Rivera Carmona, Ivan L | | $35.35 |
| Rivera, Jose | | $120.68 |
| Rivera, jose Armando | | $12.52 |
| Rivera, Luis | | $580.45 |
| Rivera, Victor | | $123.83 |
| Rizvic, Dzevad | | $10.00 |
| Roberts, Zorie | | $10.00 |
| Robledo, Ovidio I | | $26.92 |
| Robles-Encinas, Alexandra | | $11.75 |
| Rocha, Elvia Paola | | $78.56 |
| Rocha-Lopez, Jose E. | | $13.37 |
| Rocio, LeAnne Paris | | $10.00 |
| Rodriguez, Arturo | | $90.95 |
| Rodriguez, Christopher | | $39.23 |
| Rodriguez, Daniel | | $37.55 |
| Rodriguez, Gerardo | | $116.85 |
| Rodriguez, Juan | | $55.95 |
| Rodriguez, Laura | | $10.00 |
| Rodriguez, Pedro | | $108.66 |
| Rodriguez, Ricardo | | $10.00 |
| Rodriguez, Victor H | | $16.95 |
| Rogers, James | | $48.73 |

| | | |
|---|---|---|
| Rogers, James Robert | | $36.94 |
| Rogers, Marion | | $10.00 |
| Romero, Jorge | | $13.14 |
| Romero, Jorge | | $10.00 |
| Romero, Sergio | | $10.00 |
| Rosales, Alberto M | | $10.00 |
| Rosales, Elizabeth | | $10.00 |
| Rubio, Eric Jacob | | $10.00 |
| Rubio, Jaime | | $12.54 |
| Ruiz, Alejandro | | $250.56 |
| Russell, Cynthia | | $10.00 |
| Saenz, Adrian | | $10.00 |
| Saenz, Alan | | $10.00 |
| Saenz, Antonio | | $237.61 |
| Saenz, Victor Amaro | | $41.82 |
| Salas, Luis | | $10.00 |
| Salas, Luis Adrian | | $451.77 |
| Salas, Olivia K | | $10.36 |
| Salazar, Jesus | | $10.00 |
| Salinas, Miguel | | $60.90 |
| Salters, Brian | | $10.00 |
| Sanchez, Anthony Rene | | $935.42 |
| Sanchez, Javier Garza | | $39.19 |
| Sandel, Guillermo E | | $205.04 |
| Santana, Gustavo A | | $16.69 |
| Santos, Maria L | | $86.02 |
| Sapien, Andres | | $10.00 |
| Sarabia, Manuel | | $36.04 |
| Savage, Toni | | $10.00 |
| Schrock, Erik R | | $312.24 |
| Searcy, Johnny | | $10.02 |
| Sedano, Rogelio | | $73.11 |
| Shaffer, Lisa C | | $10.00 |
| Shaw, Bernard | | $61.83 |
| Shitta, Brenton | | $10.00 |
| Shockley, Deana L | | $31.63 |
| Shockley, Jonathan | | $26.65 |
| Shoemake, Amber | | $25.15 |
| Sims, Shareese | | $10.00 |
| Skornia, Annette | | $55.35 |
| Smith, Martin Wayne | | $35.65 |
| Sosa, Juan A | | $50.23 |
| Soto, Neftaly | | $73.61 |
| Stein, Karl | | $33.69 |
| Stone, Tracy Ann | | $10.00 |
| Stroble, Tenika | | $14.38 |
| Taber, Karen Yvonne | | $10.00 |
| Taylor, Troy | | $10.00 |
| Tellez, Jaime | | $405.82 |
| Terrazas, Adrian | | $638.29 |
| Theriot, Sara | | $10.00 |
| Tidwell, Jacqueline Yvette | | $10.00 |
| Torres, David | | $11.54 |
| Torres, Erick | | $10.00 |
| Torres, Ignacio | | $81.08 |

| | | |
|---|---|---|
| Torres, Miguel | | $123.16 |
| Trejo, Eder A | | $152.36 |
| Trejo, Gerardo | | $10.00 |
| Trejo, Urbano | | $10.00 |
| Ulloa, Juan Jesus | | $148.69 |
| Urban, Sergio | | $327.89 |
| Urbina, Enrique | | $10.00 |
| Urich, Evan M | | $10.00 |
| Valdez, Francisco | | $15.71 |
| Valencia, Julian | | $10.00 |
| Vallina, Ernesto | | $147.87 |
| Vargas, Albino | | $97.91 |
| Vasquez, Ronaldo | | $530.78 |
| Vazquez, Pablo | | $24.09 |
| Vazquez, Stephany D | | $17.83 |
| Vela , Victor Manuel | | $170.70 |
| Velasquez, Gilberto | | $165.73 |
| Vergel, Victor H | | $18.61 |
| Vidaurrazaga, Pamela E | | $97.64 |
| Villa Soto, Jesus | | $474.82 |
| Villa, Eduardo | | $10.00 |
| Villagran, John | | $31.66 |
| Villagrana, Elizabeth | | $282.58 |
| Villanueva, Jorge | | $102.70 |
| Villanueva, Kemberly | | $34.96 |
| Villarreal, Jessie | | $153.77 |
| Villegas, Andres | | $10.00 |
| Villegas, Israel | | $98.24 |
| Waire, Keonte | | $10.00 |
| Waldridge, Mechell | | $53.64 |
| Walton, Kirk A | | $221.17 |
| Ware, Samaiya | | $10.00 |
| Warfel, Todd | | $87.42 |
| Wessel, Kathryn | | $10.00 |
| Williams, Ebony | | $10.00 |
| Williams, Tabitha | | $123.74 |
| Willingham, Darrell | | $10.00 |
| Wilson, Eunique | | $33.55 |
| Wilson, Spencer M | | $33.53 |
| Wrenn, Clifford | | $10.00 |
| Wright, John | | $10.00 |
| Zavala, Kevin | | $17.00 |
| Total: | $500.00 | $38,500.00 |