**COURT-APPROVED NOTICE OF COLLECTIVE ACTION SETTLEMENT**

**TO:** All hourly-paid employees of Protrans International, LLC, who were paid a profit-share bonus in connection with work performed in any week in which they worked over forty hours between October of 2020 and June 2022.

**RE:** Settlement of alleged unpaid overtime lawsuit against Protrans International, LLC ("Defendant").

(1) <u>INTRODUCTION</u>: The purpose of this notice is to inform you of a settlement in the pending alleged collective action lawsuit against Defendant in which you are eligible to participate and receive alleged back wages for one or more workweeks when you worked for Defendant.

(2) <u>DESCRIPTION OF THE LAWSUIT</u>: Plaintiff is a former hourly employee for Defendant. In the case, *Oscar Moreno Briz, et al. v. Protrans International, LLC,* Case No. 7:22-cv-144, Plaintiff, Oscar Moreno Briz, filed a Complaint against Defendant alleging that Defendant violated federal law by not including bonuses in hourly employees' regular rate of pay when calculating their overtime pay, and therefore failing to pay proper overtime. Defendant denies Plaintiff's allegations, denies that it acted willfully or intentionally with regard to any alleged violations of law, and maintains that it paid proper overtime wages to its hourly employees. However, to avoid the time and expense of litigation, Plaintiff and Defendant have agreed to settle the lawsuit.

The parties reached a settlement that will resolve the claims alleged between them, which was preliminarily approved by the Court on May 22, 2023. As part of the agreement and compromise between the parties, the parties agreed to send notice to other potential claimants who were employed by Defendant as hourly employees and who earned a bonus in connection with work performed in any week in which they worked more than forty hours at any time between October 2020 and June 2022.

**(3) <u>YOUR RIGHT TO PARTICIPATE IN THE SETTLEMENT</u>: The parties have determined that you fit the definition above, and you are eligible to participate in the settlement. You may participate in the settlement (that is, you may opt-in) provided that you return the attached Consent to Join Collective Action ("Consent Form") on or before _____. <u>If your signed Consent Form is not received by this date, you will be prohibited from participating in this settlement</u>.**

(4) <u>SUMMARY OF BENEFITS</u>: Your allocated share of the settlement is _____. This amount represents a pro rata share of the $38,500.00 settlement fund and is approximately 52% of the difference between the overtime wages you earned and the overtime wages you would have received based on an hourly rate that included the relevant bonuses you received. This amount is deemed back wages and is subject to normal payroll tax withholding and W-2 reporting. You will not be required to pay

---

**IMPORTANT: CONSENT FORM MUST BE RETURNED BY_____, 2023**

attorneys' fees. Plaintiff's attorneys are receiving an amount of attorneys' fees equal to approximately 35% of the total settlement amount.

(5) <u>EFFECT OF JOINING THIS SUIT</u>: If you timely return the enclosed Consent form, you release any and all wage and hour claims you have or may have from the facts pled in the Complaint arising on or before June 30, 2022, including but not limited to claims related to overtime, Defendant's benefits plans, claims for attorney's fees, costs, damages, taxes, and those arising under local, state or federal law (including the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to or arising out of your employment with the Defendant, whether known or unknown, that have been asserted against Defendant and its parents, subsidiaries, affiliates, partners, shareholders, related entities, predecessors, successors, assigns, trustees, estates, heirs, administrators, and all of their past and present members, managers, officers, directors, employees and agents.

(6) <u>EFFECT OF NOT JOINING THIS SUIT</u>: If you choose not to join this suit, you will not be affected by the settlement of this case, and you will not release any claims against Defendant. If you do not join this suit, however, its filing will not stop the running of the statute of limitations (deadlines) applicable to any claims you may have against Defendant.

(7) <u>PLAINTIFF'S COUNSEL</u>:  If you choose to join this suit, the named Plaintiff through his attorney will represent your interests. Plaintiff's attorney and the attorney for those who opt in are:

> Josh Sanford
> SANFORD LAW FIRM, PLLC
> Kirkpatrick Plaza
> 10800 Financial Centre Parkway, Suite 510Little Rock, Arkansas 72211
> Telephone: (800) 615-4946
> Facsimile: (888) 787-2040
> Email: josh@sanfordlawfirm.com

(8) <u>RETALIATION PROHIBITED</u>: The law prohibits anyone from discriminating or retaliating against you for taking or not taking part in this settlement.

---

**IMPORTANT: CONSENT FORM MUST BE RETURNED BY_____, 2023**