IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, et al,**                                                                 **PLAINTIFFS**

vs.                                              No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC,**                                              **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Protrans International, LLC, ("Defendant") between the dates of October 1, 2020, and June 30, 2022, who was paid a profit-share bonus in connection with work performed in at least one week in which I worked over forty hours. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to become a party-plaintiff in this lawsuit, **to being represented by Sanford Law Firm, PLLC, and to be bound by the settlement** approved by the Court. I understand that by opting in, I agree to the following Release of Claims:

You release any and all wage and hour claims you have or may have from the facts pled in the Complaint arising on or before June 30, 2022, including but not limited to claims related to overtime, Defendant's benefits plans, claims for attorney's fees, costs, damages, taxes, and those arising under local, state or federal law relating to or arising out of your employment with the Defendant, whether known or unknown, that have been asserted against Defendant and its parents, subsidiaries, affiliates, partners, shareholders, related entities, predecessors, successors, assigns, trustees, estates, heirs, administrators, and all of their past and present members, managers, officers, directors, employees and agents.

_____                                    _____
SIGNATURE                                                                          Mailing Address

_____                                    _____
PRINTED NAME                                                                   City, State and Zip

Date: _____, 2023                                    _____
                                                                                        Email Address

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**                                                             _____
**10800 Financial Center Parkway, Suite 510**                        Telephone
**Little Rock, Arkansas 72211**
**Telephone: (800) 615-4946**
**josh@sanfordlawfirm.com**


**IMPORTANT: RETURN FOR FILING BEFORE _____, 2023**