IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**        **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.             No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**        **DEFENDANT**

## JOINT RESPONSE TO COURT'S ORDER AT ECF NO. 42

Plaintiff Oscar Moreno Briz, and Defendant Protrans International, LLC, by and through their undersigned counsel, submit the following Response to the Court's Order at ECF No. 42. The Parties attach for the Court's review as Exhibit 1 a proposed Notice of Collective Action and Proposed Settlement, and as Exhibit 2 a proposed Consent to Join Collective Action form.

         Respectfully submitted,

         **OSCAR MORENO BRIZ, Individually**
         **and on Behalf of All Others**
         **Similarly Situated, PLAINTIFF**

         SANFORD LAW FIRM, PLLC
         Kirkpatrick Plaza
         10800 Financial Centre Pkwy, Suite 510
         Little Rock, Arkansas 72211
         Telephone: (501) 221-0088

         */s/ Josh Sanford*
         Josh Sanford
         Tex. Bar No. 24077858
         josh@sanfordlawfirm.com

Page 1 of 3
Oscar Moreno Briz, et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144-MA
Joint Response to Court's Order at ECF No. 42

    **and**    **DEFENDANT PROTRANS INTERNATIONAL, LLC**

DENTONS US LLP
2000 McKinney, Ave., Suite 1900
Dallas, TX 75201
Telephone (214) 259-0900

Spencer D. Hamilton
Tex. Bar No. 24087656
spencer.hamilton@dentons.com
Leanna M. Anderson
Tex. Bar No. 24085833
leanna.anderson@dentons.com

DENTONS BINGHAM GREENEBAUM, LLP
10 West Market Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 635-8900

*/s/ Katherine G. Erdel*
Andrew W. Gruber
Admitted *pro hac vice*
andrew.gruber@dentons.com
Katherine G. Erdel
Admitted *pro hac vice*
kate.erdel@dentons.com

**Page 2 of 3**
**Oscar Moreno Briz, et al. v. Protrans International, LLC**
**U.S.D.C. (S.D. Tex.) No. 7:22-cv-144-MA**
**Joint Response to Court's Order at ECF No. 42**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the parties conferred on July 27, 2023 regarding the subject matter of this RESPONSE. The parties agree on the requested relief and make this request jointly.

## CERTIFICATE OF SERVICE

On July 27, 2023 I electronically filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which provided notice to the following attorneys of record:

Leanna M. Anderson
Spencer D. Hamilton
DENTONS US LLP
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0972
leanna.anderson@dentons.com
spencer.hamilton@dentons.com

Katherine G. Erdel, Esq.
Andrew W. Gruber, Esq.
DENTONS BINGHAM GREENEBAUM LLP
10 W. Market St., 2700 Market Tower
Indianapolis, Indiana 46204
Telephone: (317) 635-8900
kate.erdel@dentons.com
andrew.gruber@dentons.com

                                                */s/ Josh Sanford*
                                                **Josh Sanford**

Page 3 of 3
**Oscar Moreno Briz, et al. v. Protrans International, LLC**
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144-MA
Joint Response to Court's Order at ECF No. 42