IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                               **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                          No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                     **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

      I was employed by Protrans International, LLC, as a non-exempt hourly worker at some point between October of 2020 and June of 2022, and was paid a profit-share bonus in at least one week in which I worked over 40 hours. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged <u>unpaid overtime wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court. I acknowledge and agree that I have the right to object to any proposed settlement, by providing notice of any such objection to the counsel listed below on or before the date listed below.

      To the extent that I consent to becoming a party-plaintiff as described above, if and when the Court approves any settlement, I also consent to be bound by that settlement and agree to the following release of claims:

> I release any and all wage and hour claims I have or may have from the facts pled in the Complaint arising on or before June 30, 2022, including but not limited to claims related to overtime, Defendant's benefits plans, claims for attorney's fees, costs, damages, taxes, and those arising under local, state or federal law relating to or arising out of your employment with the Defendant, whether known or unknown, that have been asserted against Defendant and its parents, subsidiaries, affiliates, partners, shareholders, related entities, predecessors, successors, assigns, trustees, estates, heirs, administrators, and all of their past and present members, managers, officers, directors, employees and agents.

**IMPORTANT: RETURN FOR FILING BEFORE _____ \_\_\_, 2023**

| | |
|---|---|
| _____ <br> SIGNATURE | _____ <br> Mailing Address |
| _____ <br> PRINTED NAME | _____ <br> City, State and Zip |
| Date: _____, 2023 | _____ <br> Email Address |
| | _____ <br> Telephone |

*/s/ Josh Sanford*
**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (800) 615-4946**
**Facsimile: (888) 787-2040**
**E-mail: josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE _____ ___, 2023**