United States District Court
Southern District of Texas
**ENTERED**
August 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| OSCAR MORENO BRIZ, *et al.* | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 7:22-cv-00144 |
| PROTRANS INTERNATIONAL, LLC, | § § § | |
| Defendant. | § | |

# **ORDER**

The Court now considers the parties' "Joint Response to Court's Order at ECF No. 42"[1]

and **SETS** a **CONFERENCE** for **August 30, 2023, at 4:00 p.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 14th day of August 2023.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 43.