UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| OSCAR MORENO BRIZ, | § § § § | |
| Plaintiff, | | |
| vs. | § § | CIVIL ACTION NO. 7:22-cv-00144 |
| PROTRANS INTERNATIONAL, LLC | § § § § | |
| Defendant. | | |

## **ORDER**

On this date, the Court considered Defendant, Protrans International, LLC's Unopposed Motion to Appear at Conference via Telephonic and/or Electronic Means.

The Court, after considering said Motion, is of the opinion that the Motion is well taken and should be GRANTED. It is therefore ORDERED that the Unopposed Motion to Appear at Conference via Telephonic and/or Electronic Means is granted, and that the conference scheduled for August 30, 2023 at 4:00pm (ECF No. 44) shall be held, for all parties, electronically.

**It is so ordered.**


Dated: August ___, 2023                       _____

23063631.v1