United States District Court
Southern District of Texas
**ENTERED**
August 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| OSCAR MORENO BRIZ, *et al.* | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:22-cv-00144 |
| PROTRANS INTERNATIONAL, LLC, | § § § | |
| Defendant. | § | |

## ORDER

The Court now considers Defendant's "Unopposed Motion to Appear at Conference Via Telephonic and/or Electronic Means"[1] Because the motion is unopposed, the Court considers it as soon as practicable.[2]

The conference relates to the Court's discomfort with the position on settlement taken by the parties. Because—as they point out—the parties do not disagree about this matter and because the Court intends to be brief, the Court finds good cause and **GRANTS** Defendant's motion. The parties may appear at the August 30th conference via the Zoom for Government videoconference application (www.zoomgov.com).

Courtroom business attire will be required of counsel during the conference. Laptops with a camera feature, cell phones, and electronic tablets may be used as long as the ZoomGov application is functional on the device. The Court will communicate details via e-mail regarding connection on the business day before the conference.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 17th day of August 2023.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 45.
[2] L.R. 7.2 ("Motions without opposition and their proposed orders must bear in their caption 'unopposed.' They will be considered as soon as it is practicable.").