United States District Court
Southern District of Texas
**ENTERED**
September 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| OSCAR MORENO BRIZ, *et al.* § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-cv-00144 |
| § | |
| PROTRANS INTERNATIONAL, LLC, § | |
| § | |
| Defendant. § | |

## **ORDER**

On August 30, 2023, the parties appeared for a conference in this matter. After discussion with the Court regarding the proposed notice and settlement in this case, the Court ordered the parties to discuss the matter further amongst themselves and propose a solution to the Court. Additionally, the Court **ORDERED** the parties to appear for a status conference on **September 26, 2023, at 9 a.m.** unless the parties file a notice or motion with the Court that they have come to an agreement on how to proceed in this matter.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 1st day of September 2023.

_____
Micaela Alvarez
Senior United States District Judge