IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO Briz, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**     **DEFENDANT**

### JOINT NOTICE REGARDING FURTHER PROCEEDINGS

The purpose of this Notice is to notify the Court that the Parties have come to an agreement on the way they wish to proceed in this matter. Within three (3) days of this Notice, the Parties anticipate filing a Joint Stipulation Regarding Class Certification and Notice to Class Members in which they will present proposed Notice of Collective Action and Consent to Join Collective Action forms to the Court for its review and approval. In light of their mutual understanding, the Parties request that the status conference set for September 26 at 9:00 AM be lifted.

    Respectfully submitted,

    **OSCAR MORENO BRIZ, Individually**
    **and on Behalf of All Others**
    **Similarly Situated, PLAINTIFF**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (501) 221-0088

|  |  |
|---|---|
|  | */s/ Josh Sanford*<br>Josh Sanford<br>Tex. Bar No. 24077858<br>josh@sanfordlawfirm.com |
| **and** | **DEFENDANT PROTRANS INTERNATIONAL, LLC**<br><br>DENTONS US LLP<br>2000 McKinney, Ave., Suite 1900<br>Dallas, TX 75201<br>Telephone (214) 259-0900<br><br>Spencer D. Hamilton<br>Tex. Bar No. 24087656<br>spencer.hamilton@dentons.com<br>Leanna M. Anderson<br>Tex. Bar No. 24085833<br>leanna.anderson@dentons.com<br><br>DENTONS BINGHAM GREENEBAUM, LLP<br>10 West Market Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 635-8900<br><br>*/s/ Katherine G. Erdel*<br>Andrew W. Gruber<br>Admitted *pro hac vice*<br>andrew.gruber@dentons.com<br>Katherine G. Erdel<br>Admitted *pro hac vice*<br>kate.erdel@dentons.com |

## CERTIFICATE OF SERVICE

On September 25, 2023 I electronically filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which provided notice to the following attorneys of record:

Leanna M. Anderson
Spencer D. Hamilton
DENTONS US LLP
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0972
leanna.anderson@dentons.com
spencer.hamilton@dentons.com

Katherine G. Erdel, Esq.
Andrew W. Gruber, Esq.
DENTONS BINGHAM GREENEBAUM LLP
10 W. Market St., 2700 Market Tower
Indianapolis, Indiana 46204
Telephone: (317) 635-8900
kate.erdel@dentons.com
andrew.gruber@dentons.com

                                              /s/ Josh Sanford
                                              **Josh Sanford**