UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| OSCAR MORENO BRIZ, *et al.* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-cv-00144 |
| | § | |
| PROTRANS INTERNATIONAL, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court now considers the parties' "Joint Notice Regarding Further Proceedings."[1] Therein, the parties notify the Court that they "have come to an agreement on the way they wish to proceed in this matter" and "anticipate filing a Joint Stipulation Regarding Class Certification and Notice to Class Members in which they will present a proposed Notice of Collective Action and Consent to Join Collective Action forms to the Court for its review and approval."[2] Therefore, "the Parties request that the status conference set for September 26 at 9:00 AM be lifted."[3] Accordingly, the Court hereby **CANCELS** the status conference currently set for September 26, 2023 at 9:00 a.m. and **ORDERS** the parties to file the proposed documents no later than **September 29, 2023**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 25th day of September 2023.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 48.
[2] *Id.* at 1.
[3] *Id.*