IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO Briz, Individually and**                  **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                         No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**                        **DEFENDANT**

## JOINT STIPULATION REGARDING CLASS CERTIFICATION AND NOTICE TO CLASS MEMBERS

Plaintiff Oscar Moreno-Briz and Protrans International, LLC, ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, jointly submit the following Joint Stipulation Regarding Class Certification and Notice to Class Members.

1. Plaintiff filed his Original Complaint—Collective Action (hereinafter "Complaint") on May 9, 2022. ECF No. 1. In his Complaint, Plaintiff alleges that Defendant failed to properly calculate and pay overtime as required by the Fair Labor Standards Act ("FLSA"). Specifically, Plaintiff claims that Defendant failed to include certain bonuses within the regular rate of pay for Plaintiff and others similarly situated for purposes of calculating overtime. Defendant denies Plaintiff's allegations, that it acted willfully or intentionally with regard to any alleged violations of law, and maintains that it paid proper overtime wages to its hourly employees. The Parties seek to resolve their disputes and to avoid the time and expense of litigation.

2. Following exchange of informal discovery and settlement negotiations, the Parties filed a Joint Stipulation to Certification, Motion for Approval of Settlement

Page 1 of 4
Oscar Moreno Briz, et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144
Joint Stipulation Regarding Class Certification and Notice to Class Members

(hereinafter "Motion"), and Dismissal with Prejudice, seeking to certify a collective for settlement purposes and proposing a settlement on behalf of Plaintiff and a putative collective of individuals. See ECF Nos. 37 & 39.

3. The Court denied the Parties' Motion and expressed its preference that the Parties settle, if at all, only after distribution of Notice and Consent forms to the putative collective. See ECF Nos. 40, 42, & 47.

4. The Parties have now conferred regarding the Complaint and the collective action allegations therein and agreed to stipulate to certain issues.

5. The Parties stipulate for the purposes of class certification and notice only, to an opt-in class as follows:

> **All hourly-paid employees of Protrans International, LLC who were paid a profit-share bonus in connection with work performed in any workweek in which they worked over forty hours between October of 2020 and June of 2022.**

6. The Parties stipulate that distribution of notice via U.S. Mail will be sufficient to provide members of the proposed collective with actual notice of this lawsuit and their right to participate.

7. The Parties stipulate that Defendant can produce a list of the members of the proposed collective within seven (7) days after this Court's Order is entered.

8. The Parties stipulate that a period of sixty (60) days following Defendant's production of the list of collective members will allow collective members sufficient time to receive Notice and file Consents to Join this lawsuit.

9. The Parties have attached for Court approval their proposed Notice of Lawsuit ("Notice") as Exhibit "1" and their proposed Consent to Join Collective Action ("Consent") as Exhibit "2."

Page 2 of 4
Oscar Moreno Briz, et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144
Joint Stipulation Regarding Class Certification and Notice to Class Members

10. Defendant fully reserves their rights to contest this matter on the merits.

WHEREFORE, the Parties respectfully request that the Court enter an order approving the terms of this Stipulation, certifying the proposed FLSA Class, and approving the Notice and Consent, attached as Exhibits "1" and "2," respectively.

Respectfully submitted,

**OSCAR MORENO BRIZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

and   **DEFENDANT PROTRANS INTERNATIONAL, LLC**

DENTONS US LLP
2000 McKinney, Ave., Suite 1900
Dallas, TX 75201
Telephone (214) 259-0900

Spencer D. Hamilton
Tex. Bar No. 24087656
spencer.hamilton@dentons.com
Leanna M. Anderson
Tex. Bar No. 24085833
leanna.anderson@dentons.com

DENTONS BINGHAM GREENEBAUM, LLP
10 West Market Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 635-8900

Page 3 of 4
Oscar Moreno Briz, et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144
Joint Stipulation Regarding Class Certification and Notice to Class Members

                                              */s/ Katherine G. Erdel*
                                              Andrew W. Gruber
                                              Admitted *pro hac vice*
                                              andrew.gruber@dentons.com
                                              Katherine G. Erdel
                                              Admitted *pro hac vice*
                                              kate.erdel@dentons.com

## CERTIFICATE OF CONFERENCE

      I hereby certify that counsel for the parties conferred on September 27, 2023 regarding the subject matter of this MOTION. The parties agree on the requested relief and make this request jointly.

## CERTIFICATE OF SERVICE

      On September 27, 2023 I electronically filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which provided notice to the following attorneys of record:

Leanna M. Anderson
Spencer D. Hamilton
DENTONS US LLP
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0972
leanna.anderson@dentons.com
spencer.hamilton@dentons.com

Katherine G. Erdel, Esq.
Andrew W. Gruber, Esq.
DENTONS BINGHAM GREENEBAUM LLP
10 W. Market St., 2700 Market Tower
Indianapolis, Indiana 46204
Telephone: (317) 635-8900
kate.erdel@dentons.com
andrew.gruber@dentons.com

                                              */s/ Josh Sanford*
                                              **Josh Sanford**

Page 4 of 4
Oscar Moreno Briz, et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144
Joint Stipulation Regarding Class Certification and Notice to Class Members