IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and on Behalf of All Others Similarly Situated**  PLAINTIFF

vs.   No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**  DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Mario A. Martinez_
SIGNATURE

Mario Aaron Martinez
PRINTED NAME

Date: ___Nov. 29___, 2023




Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

---

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and on Behalf of All Others Similarly Situated     PLAINTIFF

vs.     No. 7:22-cv-144-MA

PROTRANS INTERNATIONAL, LLC     DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Tommy Ochoa_
SIGNATURE

Tommy Ochoa
PRINTED NAME

Date: 11/28, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

**IMPORTANT**: CONSENT FORM DUE BY JANUARY 2, 2024