IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**
**on Behalf of All Others Similarly Situated**

**PLAINTIFF**

vs.

No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**

**DEFENDANT**

### <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

      I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Ramon Arias_____
PRINTED NAME

Date: _12/04_____, 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

<u>**IMPORTANT**</u>: **CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and                                    **PLAINTIFF**
on Behalf of All Others Similarly Situated

vs.                                          No. 7:22-cv-144-MA

PROTRANS INTERNATIONAL, LLC                                           **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share
bonus in connection with work performed in at least one workweek in which I worked over
forty hours between October of 2020 and June of 2022. I understand this lawsuit is being
brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to
becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC,
and to be bound by any settlement of this action or adjudication by the Court.

SIGNATURE

Doneatha Banks
PRINTED NAME

Date: 12-8-            , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

## <u>IMPORTANT</u>: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                           **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



SIGNATURE

Shontara Byrd
PRINTED NAME

Date: 10  Dec          , 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

<u>**IMPORTANT**</u>: **CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                                **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                            No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Danielle Cornwell
PRINTED NAME

Date: Dec, 7 , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

**IMPORTANT**: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

VS.                                   No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_Roderick Craig_
SIGNATURE

Roderick Craig
PRINTED NAME

Date: _12/6/_____, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

## <u>IMPORTANT</u>: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                          No. 7:22-cv-144-MA

ROTRANS INTERNATIONAL, LLC                  **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share
in connection with work performed in at least one workweek in which I worked over
ours between October of 2020 and June of 2022. I understand this lawsuit is being
under the Fair Labor Standards Act for miscalculated wages. I consent to
a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC,
be bound by any settlement of this action or adjudication by the Court.



SIGNATURE

Jaime Elias
PRINTED NAME

Date: 12.5 , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

## IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and
on Behalf of All Others Similarly Situated

PLAINTIFF

vs.                                          No. 7:22-cv-144-MA

PROTRANS INTERNATIONAL, LLC

DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Hector Fajardo
PRINTED NAME

Date: 12-05_____, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

## IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                      No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                 **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

SIGNATURE

Sergio Gaytan
PRINTED NAME

Date: 12/04/, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

## IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and                                    **PLAINTIFF**
on Behalf of All Others Similarly Situated

vs.                                    No. 7:22-cv-144-MA

PROTRANS INTERNATIONAL, LLC                                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

SIGNATURE

Steven lashawn Gill
PRINTED NAME

Date: 12 – 9 , 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

## IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                          No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                    **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

    I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Mario Gonzalez_____
PRINTED NAME

Date: 12 - 5_____, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

**IMPORTANT**: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and
on Behalf of All Others Similarly Situated**

**PLAINTIFF**

vs.                                    No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**

**DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_Pedro Guerrero_
SIGNATURE

_Pedro Guerrero_
PRINTED NAME

Date: _12 – 6_ , 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

<u>**IMPORTANT**</u>: **CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

VS.                              No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                              **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for underlined miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

*Genaro Gutierrez*
Genaro Gutierrez
PRINTED NAME

Date: _12/7_, 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

**IMPORTANT**: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION


**OSCAR MORENO BRIZ, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**


vs.                              No. 7:22-cv-144-MA


**PROTRANS INTERNATIONAL, LLC**                            **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for underline miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.


_Reginald Harris_
SIGNATURE

Reginald Harris
PRINTED NAME

Date: Dec  5          , 2023


**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**


## IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                        **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                              **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

     I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Todd Hoehn_____
PRINTED NAME

Date: _December___ _8_, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

**IMPORTANT**: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                                **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                        No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                        **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Christina Howes_
SIGNATURE

Christina Howes
PRINTED NAME

Date: December 11 , 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

## <u>IMPORTANT</u>: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                          No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                   **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_____
SIGNATURE

Derek Huerta_____
PRINTED NAME

Date: 12/04 /_____, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

## <u>IMPORTANT</u>: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                                  **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

VS.                                    No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                  **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for underlined miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Juan Ibarra
PRINTED NAME

Date: December 2, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

<u>**IMPORTANT**</u>: **CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                                    PLAINTIFF
**on Behalf of All Others Similarly Situated**

vs.                                        No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                    DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share
bonus in connection with work performed in at least one workweek in which I worked over
forty hours between October of 2020 and June of 2022. I understand this lawsuit is being
brought under the Fair Labor Standards Act for underlined miscalculated wages. I consent to
becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC,
and to be bound by any settlement of this action or adjudication by the Court.



_Derrick Jennings_
SIGNATURE

Derrick Jennings
PRINTED NAME

Date: _December 11_, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

VS.                          No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                          **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

     I was employed by Defendant as an hourly employee and was paid a profit-share
bonus in connection with work performed in at least one workweek in which I worked over
forty hours between October of 2020 and June of 2022. I understand this lawsuit is being
brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to
becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC,
and to be bound by any settlement of this action or adjudication by the Court.



SIGNATURE

Brenda Martinez
PRINTED NAME

Date: 12.08. , 2023
December 8, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

---

## <u>IMPORTANT</u>: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

VS.                              No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                          **DEFENDANT**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

    I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Edgar Gomez Mendez_____
PRINTED NAME

Date: __12/13/_____, 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

<u>**IMPORTANT**</u>**: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                    **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

SIGNATURE

Andrew Meza
PRINTED NAME

Date: 12 - 10 - , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

<u>IMPORTANT</u>: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and                    **PLAINTIFF**
on Behalf of All Others Similarly Situated

vs.                          No. 7:22-cv-144-MA

PROTRANS INTERNATIONAL, LLC                            **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

SIGNATURE

Maria Montano
PRINTED NAME

Date: 12-4-2023 , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

## IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**
**on Behalf of All Others Similarly Situated**                 **PLAINTIFF**

vs.                           No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                           **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

    I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_____
SIGNATURE

Robert Moore_____
PRINTED NAME

Date: __12/05____, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

<u>**IMPORTANT**</u>**: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                         No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                 **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



SIGNATURE

Lorenzo Morin
PRINTED NAME

Date: 11 - 06 - _____, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

<u>**IMPORTANT**</u>: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and                          **PLAINTIFF**
on Behalf of All Others Similarly Situated

vs.                                    No. 7:22-cv-144-MA

PROTRANS INTERNATIONAL, LLC                                  **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed by Defendant as an hourly employee and was paid a profit-share
bonus in connection with work performed in at least one workweek in which I worked over
forty hours between October of 2020 and June of 2022. I understand this lawsuit is being
brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to
becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC,
and to be bound by any settlement of this action or adjudication by the Court.

SIGNATURE

Christopher Neely
PRINTED NAME

Date: _12 - 4 -_____, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

## IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                              **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                              No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                     **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

      I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Jose Olivares_____
PRINTED NAME

Date: 12/06_____, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

## IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                         No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for underline miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Alberto Lucero Ortega
PRINTED NAME

Date: 12 / 11 _____, 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

# IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

VS.                                  No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                           **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

David Ramirez
SIGNATURE

David Ramirez
PRINTED NAME

Date: 12 - 12 , 2023



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

## <u>IMPORTANT</u>: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                        No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                  **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Jose Luis Reyes
PRINTED NAME

Date: 12-7 , 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

# <u>IMPORTANT</u>: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                  No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**            **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



SIGNATURE

Jacob Rivas
PRINTED NAME

Date: 12 - 4 - 23 , 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

<u>**IMPORTANT**</u>: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**        **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.            No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**        **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Alberto M Rosales
PRINTED NAME

Date: ___12-5-23___, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

<u>**IMPORTANT**</u>: **CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Victor Amaro Saenz
PRINTED NAME

Date: __12__/__12_____, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                  No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                              **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



SIGNATURE

Antonio Sanchez
PRINTED NAME

Date: 12/03, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

---

**IMPORTANT**: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                          **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share
bonus in connection with work performed in at least one workweek in which I worked over
forty hours between October of 2020 and June of 2022. I understand this lawsuit is being
brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to
becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC,
and to be bound by any settlement of this action or adjudication by the Court.



_Deana L. Shockley_
SIGNATURE

Deana L Shockley
PRINTED NAME

Date: _Dec. 7th_____, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

<u>IMPORTANT</u>: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                              No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                    **DEFENDANT**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

    I was employed by Defendant as an hourly employee and was paid a profit-share
bonus in connection with work performed in at least one workweek in which I worked over
forty hours between October of 2020 and June of 2022. I understand this lawsuit is being
brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to
becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC,
and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Karl Stein
PRINTED NAME

Date: 12/9 , 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

<u>**IMPORTANT**</u>: **CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                              No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                          **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Juan Jesus Ulloa
PRINTED NAME

Date: _12 - 05_____, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

<u>**IMPORTANT**</u>: **CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                              No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                 **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for underlined miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Maria Valenzuela
PRINTED NAME

Date: ___December 7___, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

## <u>IMPORTANT</u>: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                              **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                              **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

     I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_____
SIGNATURE

John Villagran
PRINTED NAME

Date: December 14, 2023

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

<u>**IMPORTANT**</u>: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and
on Behalf of All Others Similarly Situated

**PLAINTIFF**

vs.                                    No. 7:22-cv-144-MA

PROTRANS INTERNATIONAL, LLC

**DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Jessie Villarreal*
SIGNATURE

Jessie Villarreal
PRINTED NAME

Date: 12.5 _____, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**