IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and
on Behalf of All Others Similarly Situated**                    **PLAINTIFF**

vs.                                    No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                              **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_____
SIGNATURE

Brandon Fambro
PRINTED NAME

Date: _Dec 15_____, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

---

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and
on Behalf of All Others Similarly Situated

PLAINTIFF

vs.                                    No. 7:22-cv-144-MA

PROTRANS INTERNATIONAL, LLC

DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Adrian Flores
PRINTED NAME

Date: 12.19 , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

## IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION


**OSCAR MORENO BRIZ, Individually and**                                  **PLAINTIFF**
**on Behalf of All Others Similarly Situated**


vs.                                          No. 7:22-cv-144-MA


**PROTRANS INTERNATIONAL, LLC**                                          **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

     I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



*Tiffany Hawkins*
SIGNATURE

Tiffany Hawkins
PRINTED NAME

Date: 12 / 15 / 2023


Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

---

## IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                          No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                  **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Mariah Noyd_____
PRINTED NAME

Date: \2|7|_____, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

---

IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**                                **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

VS.                                      No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**                                **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_David Valencia_
SIGNATURE

David Valencia
PRINTED NAME

Date: 12.13.23 , 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

## <u>IMPORTANT</u>: CONSENT FORM DUE BY JANUARY 2, 2024