IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and
on Behalf of All Others Similarly Situated                        PLAINTIFF

No. 7:22-cv-144-MA

VS.                                                               DEFENDANT

PROTRANS INTERNATIONAL, LLC

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Joseph A McDonald_
SIGNATURE

Joseph McDonald
PRINTED NAME

Date: 12/31, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and
on Behalf of All Others Similarly Situated     PLAINTIFF

vs.     No. 7:22-cv-144-MA

PROTRANS INTERNATIONAL, LLC     DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Gildardo G. Acosta*
SIGNATURE

Gildardo G Acosta
PRINTED NAME

Date: 12-21, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com



**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and on Behalf of All Others Similarly Situated**　　　　**PLAINTIFF**

vs.　　　　No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**　　　　**DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Francisco Arreola
PRINTED NAME

Date: 12-22, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com



**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and on Behalf of All Others Similarly Situated**  **PLAINTIFF**

vs.    No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Nicolas Cordero
PRINTED NAME

Date: 12/8, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and
on Behalf of All Others Similarly Situated                                    PLAINTIFF

vs.                               No. 7:22-cv-144-MA

PROTRANS INTERNATIONAL, LLC                                              DEFENDANT

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Mason Holt
PRINTED NAME

Date: 12-20- , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com



**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and on Behalf of All Others Similarly Situated**     **PLAINTIFF**

vs.     No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**     **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Alberto Martinez
PRINTED NAME

Date: __12-8__, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com



**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**     **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_/s/ Tony McKinley_
SIGNATURE

Tony McKinley
PRINTED NAME

Date: 12/18, 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

---

**<u>IMPORTANT</u>: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and  PLAINTIFF
on Behalf of All Others Similarly Situated

vs.  No. 7:22-cv-144-MA

PROTRANS INTERNATIONAL, LLC  DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Zorie Roberts
PRINTED NAME

Date: 12 | 13 , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**     **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

ROGELIO SEDANO VEGA
SIGNATURE

Rogelio Sedano
PRINTED NAME

Date: 12/8/23 , 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com



**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and      PLAINTIFF
on Behalf of All Others Similarly Situated

vs.                No. 7:22-cv-144-MA

PROTRANS INTERNATIONAL, LLC              DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for miscalculated wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Albino Vargas
PRINTED NAME

Date: 12-31, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**