IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                      No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**            **DEFENDANT**

### NOTICE OF AGREED FILING OF LATE CONSENT TO JOIN FORMS

Plaintiff Oscar Moreno Briz, individually and on behalf of all others similarly situated, by and through his attorney Josh Sanford of Sanford Law Firm, PLLC, gives notice of the agreed filing of the attached late Consents to Join as:

1. Daniel Perales;
2. Marion Rogers;
3. Robert Harmon;
4. Rachel Rhyant;
5. Trevor Patton;
6. Emanuel Cavazos;
7. David Eduardo Grajeda;
8. Roel Lopez;

Defendant has consented to this filing.

Dated this 9th day of January 2024.

Page 1 of 2
Oscar Moreno Briz, et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144
Joint Notice of Agreed Filing of Late Consent to Join Forms

Respectfully submitted,

**OSCAR MORENO BRIZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

On January 9, 2024, I electronically filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which provided notice to the following attorneys of record:

Leanna M. Anderson
Spencer D. Hamilton
DENTONS US LLP
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0972
leanna.anderson@dentons.com
spencer.hamilton@dentons.com

Katherine G. Erdel, Esq.
Andrew W. Gruber, Esq.
DENTONS BINGHAM GREENEBAUM LLP
10 W. Market St., 2700 Market Tower
Indianapolis, Indiana 46204
Telephone: (317) 635-8900
kate.erdel@dentons.com
andrew.gruber@dentons.com

*/s/ Josh Sanford*
**Josh Sanford**

Page 2 of 2
Oscar Moreno Briz, et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144
Joint Notice of Agreed Filing of Late Consent to Join Forms