IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**     **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_/s/ Perales_
SIGNATURE

Daniel Perales
PRINTED NAME

Date: 12/29/23, 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

## **IMPORTANT**: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**     **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

    I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Marion Rogers
PRINTED NAME

Date: Dec 29, 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
josh@sanfordlawfirm.com

---

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**             **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.             No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**             **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_[signature]_
SIGNATURE

Robert Harmon
PRINTED NAME

Date: 12-28, 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and      PLAINTIFF
on Behalf of All Others Similarly Situated

vs.      No. 7:22-cv-144-MA

PROTRANS INTERNATIONAL, LLC      DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*[signature]*
SIGNATURE

Rachel Rhyant
PRINTED NAME

Date: 12/21/2023, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

OSCAR MORENO BRIZ, Individually and PLAINTIFF
on Behalf of All Others Similarly Situated

vs. No. 7:22-cv-144-MA

PROTRANS INTERNATIONAL, LLC DEFENDANT

### CONSENT TO JOIN COLLECTIVE ACTION

    I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_/s/ Trevor Patton_
SIGNATURE

Trevor Patton
PRINTED NAME

Date: 12/07, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

---

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                      No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**            **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Emanuel Cavazos
PRINTED NAME

Date: 12÷26, 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**josh@sanfordlawfirm.com**

---

## IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**     **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_[signature]_
SIGNATURE

David Eduardo Grajeda
PRINTED NAME

Date: 12/2/          , 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
**Little Rock, Arkansas 72211**
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

---

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**     **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_[signature]_
SIGNATURE

Roel Lopez
PRINTED NAME

Date: 12/11, 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy., Suite 510**
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

---

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**