IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.        No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**     **DEFENDANT**

### NOTICE OF AGREED FILING OF LATE CONSENT TO JOIN FORMS

Plaintiff Oscar Moreno Briz, individually and on behalf of all others similarly situated, by and through his attorney Josh Sanford of Sanford Law Firm, PLLC, gives notice of the agreed filing of the attached late Consents to Join as:

1. Miguel Lopez;

2. Jessica Lancon;

3. Andrew Kent Cantrell.

Defendant has consented to this filing.

Dated this 22nd day of January 2024.

       Respectfully submitted,

       **OSCAR MORENO BRIZ, Individually**
       **and on Behalf of All Others**
       **Similarly Situated, PLAINTIFF**

       SANFORD LAW FIRM, PLLC
       Kirkpatrick Plaza
       10800 Financial Centre Pkwy, Suite 510
       Little Rock, Arkansas 72211
       Telephone: (501) 221-0088

Page 1 of 2
Oscar Moreno Briz, et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144
Notice of Agreed Filing of Late Consent to Join Forms

        */s/ Josh Sanford*
        Josh Sanford
        Tex. Bar No. 24077858
        josh@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

On January 22, 2024, I electronically filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which provided notice to the following attorneys of record:

Leanna M. Anderson
Spencer D. Hamilton
DENTONS US LLP
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0972
leanna.anderson@dentons.com
spencer.hamilton@dentons.com

Katherine G. Erdel, Esq.
Andrew W. Gruber, Esq.
DENTONS BINGHAM GREENEBAUM LLP
10 W. Market St., 2700 Market Tower
Indianapolis, Indiana 46204
Telephone: (317) 635-8900
kate.erdel@dentons.com
andrew.gruber@dentons.com

        */s/ Josh Sanford*
        **Josh Sanford**

Page 2 of 2
**Oscar Moreno Briz, et al. v. Protrans International, LLC**
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144
Notice of Agreed Filing of Late Consent to Join Forms