IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**     **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Miguel Lopez
PRINTED NAME

Date: 12/30 , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.            No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**            **DEFENDANT**

**CONSENT TO JOIN COLLECTIVE ACTION**

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Jessica Lancon
PRINTED NAME

Date: Dec 18, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

---

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 7:22-cv-144-MA

**PROTRANS INTERNATIONAL, LLC**     **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Defendant as an hourly employee and was paid a profit-share bonus in connection with work performed in at least one workweek in which I worked over forty hours between October of 2020 and June of 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>miscalculated wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_[signature]_
SIGNATURE

Andrew Kent Cantrell
PRINTED NAME

Date: 12-23-23, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

**IMPORTANT: CONSENT FORM DUE BY JANUARY 2, 2024**