United States District Court
Southern District of Texas
**ENTERED**
February 07, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| OSCAR MORENO BRIZ, *et al.* | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-cv-00144 |
| | § | |
| PROTRANS INTERNATIONAL, LLC, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The Court now considers the parties' multiple consents to join this matter.[1] Having reviewed those consents, the Court confirms the addition of those parties that have consented to joining this case and hereby **ORDERS** the Clerk of Court to add the following individuals as Plaintiffs to the Court's docket:

- Mario Aaron Martinez[2]
- Tommy Ochoa[3]
- Ramon Arias[4]
- Doneatha Banks[5]
- Shontara Byrd[6]
- Danielle Cornwell[7]
- Roderick Craig[8]
- Jaime Elias[9]
- Hector Fajardo[10]
- Sergio Gaytan[11]

---

[1] Dkt. Nos. 52-57.
[2] Dkt. No. 52 at 1.
[3] *Id.* at 2.
[4] Dkt. No. 53 at 1.
[5] *Id.* at 2.
[6] *Id.* at 3.
[7] *Id*. at 4.
[8] *Id.* at 5.
[9] *Id.* at 6.
[10] *Id.* at 7.
[11] *Id.* at 8.

- Steven Iashawn Gill[12]
- Mario Gonzalez[13]
- Pedro Guerrero[14]
- Genaro Gutierrez[15]
- Reginald Harris[16]
- Todd Hoehn[17]
- Christina Howes[18]
- Derek Huerta[19]
- Juan Ibarra[20]
- Derrick Jennings[21]
- Brenda Martinez[22]
- Edgar Gomez Mendez[23]
- Andrew Meza[24]
- Maria Montano[25]
- Robert Moore[26]
- Lorenzo Morin[27]
- Christopher Neely[28]
- Jose Olivares[29]
- Alberto Lucero Ortega[30]
- David Ramirez[31]
- Jose Luis Reyes[32]
- Jacob Rivas[33]
- Alberto M. Rosales[34]
- Victor Amaro Saenz[35]

---

[12] *Id.* at 9.
[13] *Id.* at 10.
[14] *Id.* at 11.
[15] *Id.* at 12.
[16] *Id.* at 13.
[17] *Id.* at 14.
[18] *Id.* at 15.
[19] *Id.* at 16.
[20] *Id.* at 17.
[21] *Id.* at 18.
[22] *Id.* at 19.
[23] *Id.* at 20.
[24] *Id.* at 21.
[25] *Id*. at 22.
[26] *Id.* at 23.
[27] *Id.* at 24.
[28] *Id.* at 25.
[29] *Id.* at 26.
[30] *Id.* at 27.
[31] *Id.* at 28.
[32] *Id.* at 29.
[33] *Id.* at 30.
[34] *Id.* at 31.
[35] *Id.* at 32.

- Antonio Sanchez[36]
- Deana L. Shockley[37]
- Karl Stein[38]
- Juan Jesus Ulloa[39]
- Maria Valenzuela[40]
- John Villagran[41]
- Jessie Villarreal[42]
- Brandon Fambro[43]
- Adrian Flores[44]
- Tiffany Hawkins[45]
- Mariah Noyd[46]
- David Valencia[47]
- Joseph McDonald[48]
- Gildardo G. Acosta[49]
- Francisco Arreola[50]
- Nicolas Cordero[51]
- Mason Holt[52]
- Alberto Martinez[53]
- Tony McKinley[54]
- Zorie Roberts[55]
- Rogelio Sedano Vega[56]
- Albino Vargas[57]
- Daniel Perales[58]
- Marion Rogers[59]

---

[36] *Id.* at 33.
[37] *Id.* at 34.
[38] *Id.* at 35.
[39] *Id.* at 36.
[40] *Id.* at 37.
[41] *Id.* at 38.
[42] *Id.* at 39.
[43] Dkt. No. 54 at 1.
[44] *Id.* at 2.
[45] *Id.* at 3.
[46] *Id.* at 4.
[47] *Id.* at 5.
[48] Dkt. No. 55 at 1.
[49] *Id.* at 2.
[50] *Id.* at 3.
[51] *Id.* at 4.
[52] *Id.* at 5.
[53] *Id.* at 6.
[54] *Id.* at 7.
[55] *Id.* at 8.
[56] *Id.* at 9.
[57] *Id.* at 10.
[58] Dkt. No. 56-1 at 1.
[59] *Id.* at 2.

- Robert Harmon[60]
- Rachel Rhyant[61]
- Trevor Patton[62]
- Emanuel Cavazos[63]
- David Eduardo Grajeda[64]
- Roel Lopez[65]
- Miguel Lopez[66]
- Jessica Lancon[67]
- Andrew Kent Cantrell[68]

Additionally, the Court hereby **ORDERS** the parties to file a Joint Discovery/Case Management plan suggesting deadlines for the next steps in this matter no later than **February 14, 2024**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of February 2024.

_____
Micaela Alvarez
Senior United States District Judge

---

[60] *Id.* at 3.
[61] *Id.* at 4.
[62] *Id.* at 5.
[63] *Id.* at 6.
[64] *Id.* at 7.
[65] *Id.* at 8.
[66] Dkt. No. 57-1 at 1.
[67] *Id*. at 2.
[68] *Id.* at 3.