United States District Court
Southern District of Texas
**ENTERED**
February 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| OSCAR MORENO BRIZ, *et al.* § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-cv-00144 |
| § | |
| PROTRANS INTERNATIONAL, LLC, § | |
| § | |
| Defendant. § | |

## ORDER

The Court now considers the parties' "Joint Notice of Settlement." Therein, the parties notify the Court of their settlement and request 30 days to finalize dismissal documents. Accordingly, the Court hereby **ORDERS** the parties to file dismissal documents or otherwise inform the Court how they plan to proceed in this matter no later than **March 15, 2024**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 21st day of February 2024.

_____
Micaela Alvarez
Senior United States District Judge