IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and on**                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                    No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**                                **DEFENDANT**

<u>**NOTICE OF WITHDRAWAL OF CONSENTS TO JOIN**</u>

Notice is hereby given that the following Opt-In Plaintiffs withdraw their Consent to

Join this case:

Adrian Flores;

Steven Iashawn Gill;

David Eduardo Grajeda;

Reginald Harris;

Mason Holt;

Christina Howes;

Jessica Lancon;

Miguel Lopez;

Alberto Lucero Ortega;

Mario Aaron Martinez;

Joseph McDonald;

Andrew Meza;

Robert Moore;

Page 1 of 3
Oscar Moreno Briz, et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) Case No. 7:22-cv-144
Notice of Withdrawal of Consents to Join

Jose Olivares;

Antonio Sanchez;

David Valencia;

Maria Valenzuela.

Respectfully submitted,

**OSCAR MORENO BRIZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Page 2 of 3
**Oscar Moreno Briz, et al. v. Protrans International, LLC**
**U.S.D.C. (S.D. Tex.) Case No. 7:22-cv-144**
**Notice of Withdrawal of Consents to Join**

## <u>CERTIFICATE OF SERVICE</u>

On March 14, 2024, I electronically filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which provided notice to the following attorneys of record:

Leanna M. Anderson
Spencer D. Hamilton
DENTONS US LLP
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0972
leanna.anderson@dentons.com
spencer.hamilton@dentons.com

Katherine G. Erdel, Esq.
Andrew W. Gruber, Esq.
DENTONS BINGHAM GREENEBAUM LLP
10 W. Market St., 2700 Market Tower
Indianapolis, Indiana 46204
Telephone: (317) 635-8900
kate.erdel@dentons.com
andrew.gruber@dentons.com

*/s/ Josh Sanford*
**Josh Sanford**

**Page 3 of 3**
**Oscar Moreno Briz, et al. v. Protrans International, LLC**
**U.S.D.C. (S.D. Tex.) Case No. 7:22-cv-144**
**Notice of Withdrawal of Consents to Join**