United States District Court
Southern District of Texas
**ENTERED**
March 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| OSCAR MORENO BRIZ, *et al.* § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-cv-00144 |
| § | |
| PROTRANS INTERNATIONAL, LLC, § | |
| § | |
| Defendant. § | |

## ORDER

The Court now considers Plaintiffs' "Notice of Withdrawal of Consents to Join,"[1] the parties' "Joint Motion for Approval of Collective Action Settlement,"[2] and the parties' "Settlement Agreement and Release."[3] Given these filings, the Court hereby **ORDERS** the parties to appear for a **Settlement Conference** on **April 16, 2024 at 9 a.m.** Attorney for Plaintiff is further **ORDERED** to notify all opt-in Plaintiffs of this settlement conference and that the Court will consider whether they should be permitted to opt out.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 28th day of March 2024.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 61.
[2] Dkt. No. 62.
[3] Dkt. No. 63.