IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.            No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**     **DEFENDANT**

## JOINT MOTION TO ALLOW APPEARANCE VIA ZOOM OR, IN THE ALTERNATIVE, FOR ZOOM STATUS CONFERENCE

Plaintiff Oscar Moreno Briz ("Named Plaintiff"), individually and on behalf of all others similarly situated, and Defendant ProTrans International, LLC by and through their undersigned counsel, for the Parties' Joint Motion to Allow the Parties' Counsel to Appear via Zoom at Settlement Conference, state and allege as follows:

1. On March 28, 2024, this Court entered an Order scheduling a Settlement Conference on April 16, 2024, at 9:00 am. ECF No 63.

2. While the Plaintiff's counsel and Defendant's counsel understand the importance of a personal appearance before the Court, Plaintiff's counsel resides in Little Rock, Arkansas, Defendant's lead counsel resides in Indianapolis, Indiana, and Defendant's local counsel resides in Dallas, Texas.

3. The Parties respectfully request leave for their counsel to appear for the Conference via Zoom.

Page 1 of 4
Oscar Moreno Briz et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144
Joint Motion to Allow Appearance Via Zoom or,
in the Alternative, for Zoom Status Conference

4. In the alternative, counsel for the Parties request the Court to set a status conference held via Zoom before the upcoming Conference, at the Court's earliest convenience.

5. The granting of the request would not prejudice any party and would help keep down the costs of litigation.

WHEREFORE, premises considered, the Parties' counsel ask for the right to appear at the April 16, 2024, Settlement Conference via Zoom. Alternatively, the Parties request a virtual Conference prior to the April 16, 2024 Settlement Conference.

Respectfully submitted,

**OSCAR MORENO BRIZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

and **DEFENDANT PROTRANS INTERNATIONAL, LLC**

DENTONS US LLP
2000 McKinney, Ave., Suite 1900
Dallas, TX 75201
Telephone (214) 259-0900
Facsimile: (214) 259-0972

Spencer D. Hamilton
Tex. Bar No. 24087656
spencer.hamilton@dentons.com

Page 2 of 4
Oscar Moreno Briz et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144
Joint Motion to Allow Appearance Via Zoom or,
in the Alternative, for Zoom Status Conference

>Leanna M. Anderson
>Tex. Bar No. 24085833
>leanna.anderson@dentons.com
>
>DENTONS BINGHAM GREENEBAUM, LLP
>10 West Market Street, Suite 2700
>Indianapolis, IN 46204
>Telephone: (317) 635-8900
>Facsimile: (317) 236-9907
>
>*/s/ Katherine G. Erdel*
>Andrew W. Gruber
>Admitted *pro hac vice*
>andrew.gruber@dentons.com
>Katherine G. Erdel
>Admitted *pro hac vice*
>kate.erdel@dentons.com

**Page 3 of 4**
**Oscar Moreno Briz et al. v. Protrans International, LLC**
**U.S.D.C. (S.D. Tex.) No. 7:22-cv-144**
**Joint Motion to Allow Appearance Via Zoom or,**
**in the Alternative, for Zoom Status Conference**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the parties conferred on March 28, 2024, regarding the subject matter of this Notice. The parties agree on the requested relief and make this request jointly.

## CERTIFICATE OF SERVICE

On March 28, 2024, I electronically filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which provided notice to the following attorneys of record:

Leanna M. Anderson
Spencer D. Hamilton
DENTONS US LLP
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0972
leanna.anderson@dentons.com
spencer.hamilton@dentons.com

Katherine G. Erdel, Esq.
Andrew W. Gruber, Esq.
DENTONS BINGHAM GREENEBAUM LLP
10 W. Market St., 2700 Market Tower
Indianapolis, Indiana 46204
Telephone: (317) 635-8900
kate.erdel@dentons.com
andrew.gruber@dentons.com

                                                        */s/ Josh Sanford*
                                                        **Josh Sanford**

Page 4 of 4
Oscar Moreno Briz et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144
Joint Motion to Allow Appearance Via Zoom or,
in the Alternative, for Zoom Status Conference