United States District Court
Southern District of Texas
**ENTERED**
April 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| OSCAR MORENO BRIZ, *et al.* § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-cv-00144 |
| § | |
| PROTRANS INTERNATIONAL, LLC, § | |
| § | |
| Defendant. § | |

## ORDER

The Court now considers the parties' "Joint Motion to Allow Appearance via Zoom or, in the Alternative, for Zoom Status Conference."[1] After considering the motion, the Court finds good cause and **GRANTS** the parties' motion. The parties may appear at the April 16, 2024 conference at 9:00 a.m. via Zoom for Government videoconference application (www.zoomgov.com).

Courtroom business attire will be required of counsel during the conference. Laptops with a camera feature, cell phones, and electronic tablets may be used as long as the ZoomGov application is functional on the device. The Court will communicate details via e-mail regarding connection on the business day before the conference.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 2nd day of April 2024.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 64.