United States District Court
Southern District of Texas
**ENTERED**
April 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| OSCAR MORENO BRIZ, *et al.* § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-cv-00144 |
| § | |
| PROTRANS INTERNATIONAL, LLC, § | |
| § | |
| Defendant. § | |

## **ORDER**

On April 16, 2023, the parties appeared for a status conference in this matter. After discussion with the Court regarding the attempt to withdraw Opt-In Plaintiffs, the Court **ORDERED** Attorney for Plaintiffs to either submit consents to withdraw from each Opt-In Plaintiff wishing to do so, or that the Court would rule on the merits that those Opt-In Plaintiffs have no claim. The Court further **ORDERED** the parties to appear for a **Status Conference on May 14, 2024 at 9 a.m.** Should all the necessary written consents to withdraw be filed before the conference date, the Court will not hold the conference.

Should the consents not get filed before the date of the status conference, the parties are permitted to appear via Zoom for Government videoconference application (www.zoomgov.com). Courtroom business attire will be required of counsel during the conference. Laptops with a camera feature, cell phones, and electronic tablets may be used as long as the ZoomGov application is functional on the device. The Court will communicate details via e-mail regarding connection on the business day before the conference.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 17th day of April 2024.

_____
Micaela Alvarez
Senior United States District Judge