| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:22-cv-144 |
|---|---|---|---|

| Oscar Moreno Briz, Individually and on Behalf of All Others Similarly Situated |
|---|
| *versus* |
| ProTrans International, LLC |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Samuel Brown<br>SANFORD LAW FRIM, PLLC<br>10800 Financial Centre Parkway, Suite 510<br>Little Rock, Arkansas 72211<br>Telephone: (501) 221-0088<br>Facsimile: (888) 787-2040<br>samuel@sanfordlawfirm.com<br>AR Bar No.: 2020210 |

| Name of party applicant seeks to appear for: | Oscar Moreno Briz, Individually and on Behalf of All Others Similarly Situated |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: May 10, 2024 | Signed: | /s/ Samuel Brown |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:              Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____                    _____
                                                  United States District Judge