AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

## CERTIFICATE OF GOOD STANDING

I, _____Tammy H. Downs_____, Clerk of this Court,

certify that _____Samuel Howell Brown_____, Bar # _____2020210_____,

was duly admitted to practice in this Court on _____09/10/2021_____, and is in good standing as a member

of the Bar of this Court.

Dated at _____Little Rock, Arkansas_____ on _____05/10/2024_____
        *(Location)*                                    *(Date)*

TAMMY H. DOWNS
CLERK

*[signature]*
DEPUTY CLERK