IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and on**                      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                              No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**                            **DEFENDANT**

## NOTICE OF WITHDRAWAL OF CONSENT TO JOIN

Notice is hereby given that Opt-In Plaintiff Christina Howes gives her explicit consent to withdraw from this case.

Respectfully submitted,

**OSCAR MORENO BRIZ, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

*/s/ Samuel Brown*
Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com
*Pro Hac Vice Pending*

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Page 1 of 1
Oscar Moreno Briz, et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) Case No. 7:22-cv-144
Notice of Withdrawal of Consent to Join