IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and on**                **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                       No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**                             **DEFENDANT**

## NOTICE OF WITHDRAWAL OF CONSENT TO JOIN

Notice is hereby given that Opt-In Plaintiff Joseph McDonald gives his explicit consent to withdraw from this case.

                                         Respectfully submitted,

                                         **OSCAR MORENO BRIZ, Individually**
                                         **and on Behalf of All Others**
                                         **Similarly Situated, PLAINTIFF**

                                         SANFORD LAW FIRM, PLLC
                                         Kirkpatrick Plaza
                                         10800 Financial Centre Pkwy, Suite 510
                                         Little Rock, Arkansas 72211
                                         Telephone: (501) 221-0088

                                         */s/ Samuel Brown*
                                         Samuel Brown
                                         Ark. Bar No. 2020210
                                         samuel@sanfordlawfirm.com
                                         *Pro Hac Vice Pending*

                                         */s/ Josh Sanford*
                                         Josh Sanford
                                         Tex. Bar No. 24077858
                                         josh@sanfordlawfirm.com

Page 1 of 1
Oscar Moreno Briz, et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) Case No. 7:22-cv-144
Notice of Withdrawal of Consent to Join