IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**            **DEFENDANT**

## NOTICE OF WITHDRAWAL OF CONSENT TO JOIN

Notice is hereby given that Opt-In Plaintiff Steven Iashawn Gill gives his explicit consent to withdraw from this case.

           Respectfully submitted,

           **OSCAR MORENO BRIZ, Individually**
           **and on Behalf of All Others**
           **Similarly Situated, PLAINTIFF**

           SANFORD LAW FIRM, PLLC
           Kirkpatrick Plaza
           10800 Financial Centre Pkwy, Suite 510
           Little Rock, Arkansas 72211
           Telephone: (501) 221-0088

           */s/ Samuel Brown*
           Samuel Brown
           Ark. Bar No. 2020210
           samuel@sanfordlawfirm.com
           *Pro Hac Vice Pending*

           */s/ Josh Sanford*
           Josh Sanford
           Tex. Bar No. 24077858
           josh@sanfordlawfirm.com

Page 1 of 1
Oscar Moreno Briz, et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) Case No. 7:22-cv-144
Notice of Withdrawal of Consent to Join