UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:22-cv-144 |
|---|---|---|---|

| Oscar Moreno Briz, Individually and on Behalf of All Others Similarly Situated |
|---|
| *versus* |
| ProTrans International, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Samuel Brown<br>SANFORD LAW FRIM, PLLC<br>10800 Financial Centre Parkway, Suite 510<br>Little Rock, Arkansas 72211<br>Telephone: (501) 221-0088<br>Facsimile: (888) 787-2040<br>samuel@sanfordlawfirm.com<br>AR Bar No.: 2020210 |
|---|---|

| Name of party applicant seeks to appear for: | Oscar Moreno Briz, Individually and on Behalf of All Others Similarly Situated |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: May 10, 2024 | Signed: | /s/ Samuel Brown |
|---|---|---|

| The state bar reports that the applicant's status is: active. |  |
|---|---|
| Dated: 5/10/2024 | Clerk's signature  *Karen Lopez* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: May 14, 2024

_____
United States District Judge