United States District Court
Southern District of Texas
**ENTERED**
May 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| OSCAR MORENO BRIZ, *et al.* | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-cv-00144 |
| | § | |
| PROTRANS INTERNATIONAL, LLC, | § | |
| | § | |
| Defendant. | § | |

# ORDER

On May 14, 2024, the parties appeared for a status conference in this matter. The Court granted Samuel Brown's motion to appear *pro hac vice* for Plaintiffs in this matter.[1] The Court then discussed the notices of withdrawal of consents to join filed in this matter. After discussion with counsel, the Court **GRANTED** permission for the individuals to withdraw and thus the following Plaintiffs are hereby **DISMISSED** from this matter:

- Christina Howes[2]
- David Valencia[3]
- Joseph McDonald[4]
- Jose Olivares[5]
- Mason Holt[6]
- Steven Gill[7]
- Reginald Harris[8]

---

[1] Dkt. No. 67.
[2] Dkt. No. 68.
[3] Dkt. No. 69.
[4] Dkt. No. 70.
[5] Dkt. No. 71.
[6] Dkt. No. 72.
[7] Dkt. No. 73.
[8] Dkt. No. 74.

Further, the Court hereby **ORDERS** counsel for Plaintiffs to file any further notices of withdrawals of consent to join *with appropriate evidence* no later than **May 29, 2024**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 15th day of May 2024.

_____
Micaela Alvarez
Senior United States District Judge