IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and on**             **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                           No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**                     **DEFENDANT**

## NOTICE OF WITHDRAWAL OF CONSENT TO JOIN

Notice is hereby given that Opt-In Plaintiff Alberto Lucero Ortega gives his explicit consent to withdraw from this case. Counsel for Plaintiffs acquired Ortega's consent to withdraw via recorded phone call. Should the Court require a copy of this recording, Plaintiffs' counsel request that leave be granted to submit a copy of the recording to chambers *in camera*.

             Respectfully submitted,

             **OSCAR MORENO BRIZ, Individually**
             **and on Behalf of All Others**
             **Similarly Situated, PLAINTIFF**

             SANFORD LAW FIRM, PLLC
             Kirkpatrick Plaza
             10800 Financial Centre Pkwy, Suite 510
             Little Rock, Arkansas 72211
             Telephone: (501) 221-0088

             */s/ Samuel Brown*
             Samuel Brown
             Ark. Bar No. 2020210
             samuel@sanfordlawfirm.com
             *Pro Hac Vice*

Page 1 of 2
Oscar Moreno Briz, et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) Case No. 7:22-cv-144
Notice of Withdrawal of Consent to Join

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

**Page 2 of 2**
**Oscar Moreno Briz, et al. v. Protrans International, LLC**
**U.S.D.C. (S.D. Tex.) Case No. 7:22-cv-144**
**Notice of Withdrawal of Consent to Join**