United States District Court
Southern District of Texas
**ENTERED**
June 05, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| OSCAR MORENO BRIZ, *et al.* | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-cv-00144 |
| | § | |
| PROTRANS INTERNATIONAL, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER

The Court now considers the "Notice of Withdrawal of Consent to Join" filed by Counsel for Plaintiffs. Therein, Counsel for Plaintiffs asserts that he obtained Alberto Lucero Ortega's consent to withdraw via recorded phone call. The Court finds Counsel's evidence sufficient and **GRANTS** Alberto Lucero Ortega permission to withdraw, and he is therefore **DISMISSED** from this matter.

The Court did place a deadline for any further notices of withdrawals of consent to be filed no later than May 29, 2024.[1] While the docket entry contains the names of other opt-in Plaintiffs, the only withdrawal notice provided was for Alberto Lucero Ortega. Thus, the Court is unable to consider the settlement while the remaining opt-in Plaintiffs' interests have not been addressed. Accordingly, the Court hereby **ORDERS** the parties to appear for a status conference on **September 17, 2024 at 9:00 a.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 5th day of June 2024.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 76.