UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| OSCAR MORENO BRIZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 7:22-cv-00144 |
| PROTRANS INTERNATIONAL, LLC, | § § § | |
| Defendant. | § | |

### AFFIDAVIT OF CARLOS PEREZ PENALOZA

I, Carlos Penaloza, make this affidavit upon my personal knowledge and being duly sworn, state that:

1. I am over the age of 18 and competent to testify as to the matters herein.

2. I am employed by ProTrans International, LLC ("ProTrans") as its Senior Director of Human Resources.

3. I have served in this role for approximately two (2) years.

4. In my capacity as ProTrans' Senior Director of Human Resources, I am familiar with and have access to ProTrans' policies and procedures, including those related to the company's former discretionary incentive program which was called the "Profit Sharing Plan" (the "Plan").

5. Under the Plan, which is no longer in effect but was memorialized in the ProTrans Employee Handbook: (a) employees became eligible for discretionary incentive payments after a 90-day orientation period, (b) must have worked the complete quarter for which the payment was to be paid to receive the payment, and (c) must have been employed and in good standing when the payment was distributed in order to receive it.

6. In short, under the Plan, not all employees were eligible to receive the payments.

7. There was no alternative form of incentive compensation or bonus opportunities available to all ProTrans employees during the relevant time period.

8. In my capacity as ProTrans' Senior Director of Human Resources, I have access to and have reviewed the company's records with respect to the Plan and employee hours worked during the time when the plan was in in effect. From those records, I can determine which employees were eligible to receive payments in any given quarter and which employees never worked more than forty (40) hours in a given work week.

23832078.v2

9. I have reviewed those records and other relevant employment records, and the following employees were among those who were not eligible for and/or did not otherwise receive payments under the Plan between October 2020 and June 2022: Adrian Flores, Steven Lashawn Gill, David Eduardo Grajeda, Reginald Harris, Mason Holt, Christina Howes, Jessica Lancon, Miguel Lopez, Alberto Lucero Ortega, Mario Aaron Martinez, Joseph McDonald, Andrew Meza, Robert Moore, Jose Olivares, Antonio Sanchez, David Valencia, and Maria Valenzuela.

I AFFIRM UNDER PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE, AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_____
Carlos Perez Peñaloza

_____
5-29-2024
Date

23832078.v2