UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| OSCAR MORENO BRIZ, | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:22-cv-00144 |
| | § | |
| PROTRANS INTERNATIONAL, LLC, | § | |
| | § | |
|   Defendant. | § | |

## **ORDER**

On this date, the Court considered Defendant's Unopposed Motion to Dismiss Certain Opt-In Plaintiffs:

The Court, after considering said Motion, is of the opinion that the Motion is well taken and should be GRANTED. It is therefore ORDERED that the notices of Adrian Flores, David Eduardo Grajeda, Jessica Lancon, Miguel Lopez, Mario Aaron Martinez, Andrew Meza, Robert Moore, Antonio Sanchez, and Maria Valenzuela are hereby terminated and those individuals DISMISSED from this matter.

IT IS SO ORDERED.

DONE at McAllen, Texas this \_\_\_\_ day of _____, 2024

_____

23832034.v3