Case 7:22-cv-00144   Document 80   Filed on 06/20/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| OSCAR MORENO BRIZ, *et al.* | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:22-cv-00144 |
| PROTRANS INTERNATIONAL, LLC, | § § § | |
| Defendant. | § | |

## **ORDER**

The Court now considers "Defendant's Unopposed Motion to Dismiss Certain Opt-In Plaintiffs."[1] Defendant notifies the Court that 17 individuals that it refers to as "Erroneous Opt-Ins" "were each mistakenly included within the class notice list provided to Plaintiff's counsel before the beginning of the opt-in period."[2] The Court hereby **ORDERS** the parties to provide proof that each of these "Erroneous Opt-Ins" have been given notice, at his/her last known address, of this motion to dismiss.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 20th of June, 2024.

Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 79.
[2] *Id*. at 3, ¶ 11.