IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and on**          **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.          No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**          **DEFENDANT**

## JOINT STATUS REPORT

Oscar Moreno Briz ("Named Plaintiff"), individually and on behalf of all others similarly situated, and Protrans International, LLC, ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, for their Joint Status Report state as follows:

1. The purpose of this Report is to provide the Parties' proof of compliance with the Court's directive in its June 20 Order.

2. On June 21, 2024, Plaintiffs' counsel sent the remaining Erroneous Opt-ins a Notice at the address listed on their Consent to Join form, stating that the Defendant filed a Motion to Dismiss their claim and including a copy of the Defendant's Motion. The addresses have been redacted for privacy reasons.

3. A Certificate of Mailing for each of the above-mentioned Erroneous Opt-In Plaintiffs is attached to this Report as Exhibit 1.

        Respectfully submitted,

        **OSCAR MORENO BRIZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088

        */s/ Josh Sanford*
        Josh Sanford
        Tex. Bar No. 24077858
        josh@sanfordlawfirm.com

**and**    **DEFENDANT PROTRANS INTERNATIONAL, LLC**

        DENTONS US LLP
        2000 McKinney, Ave., Suite 1900
        Dallas, TX 75201
        Telephone (214) 259-0900

        Spencer D. Hamilton
        Tex. Bar No. 24087656
        spencer.hamilton@dentons.com
        Leanna M. Anderson
        Tex. Bar No. 24085833
        leanna.anderson@dentons.com

        DENTONS BINGHAM GREENEBAUM, LLP
        10 West Market Street, Suite 2700
        Indianapolis, IN 46204
        Telephone: (317) 635-8900

        Andrew W. Gruber
        Admitted *pro hac vice*
        andrew.gruber@dentons.com

        */s/ Katherine G. Erdel*
        Katherine G. Erdel
        Admitted *pro hac vice*
        kate.erdel@dentons.com

## CERTIFICATE OF SERVICE

On July 10, 2024, I electronically filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which provided notice to the following attorneys of record:

Leanna M. Anderson
Spencer D. Hamilton
DENTONS US LLP
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
leanna.anderson@dentons.com
spencer.hamilton@dentons.com

Katherine G. Erdel, Esq.
Andrew W. Gruber, Esq.
DENTONS BINGHAM GREENEBAUM LLP
10 W. Market St., 2700 Market Tower
Indianapolis, Indiana 46204
Telephone: (317) 635-8900
kate.erdel@dentons.com
andrew.gruber@dentons.com

*/s/ Josh Sanford*
**Josh Sanford**