IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                          No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**            **DEFENDANT**

### MOTION TO WITHDRAW—ATTORNEY SAMUEL BROWN

Attorney Samuel Brown, an attorney of record herein, for his Motion to Withdraw as counsel for all Plaintiff, states as follows:

1. The undersigned has resigned as a full-time member of the Sanford Law Firm, PLLC.

2. Josh Sanford and any other attorneys of the Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for all Plaintiffs.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Samuel Brown withdrawn and terminated as counsel for Plaintiff.

                                                     Respectfully submitted,

                                                     **ATTORNEY SAMUEL BROWN**

                                                     SANFORD LAW FIRM, PLLC
                                                     Kirkpatrick Plaza
                                                     10800 Financial Centre Pkwy, Suite 510
                                                     Little Rock, Arkansas 72211
                                                     Telephone: (800) 615-4946
                                                     Facsimile: (888) 787-2040

                                                     Samuel Brown
                                                     Ark. Bar No. 2020210
                                                     samuel@sanfordlawfirm.com