IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**OSCAR MORENO BRIZ, Individually and**        **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                          No. 7:22-cv-144

**PROTRANS INTERNATIONAL, LLC**             **DEFENDANT**

### JOINT MOTION TO ALLOW PARTIES TO APPEAR BY TELEPHONE

Plaintiff Oscar Moreno Briz ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant ProTrans International, LLC by and through the undersigned counsel, and for the Parties' Joint Motion to Allow the Parties' Counsel to Appear by Telephone, state and alleges as follows:

1.     On June 5, 2024, this Court entered an Order scheduling a Scheduling Conference on September 17, 2024, at 9:00 am. ECF No. 78.

2.     While the Plaintiff's counsel and Defendant's counsel understand the importance of a personal appearance before the Court, Plaintiff's counsel resides in Little Rock, Arkansas, and Defendant's lead counsel resides in Indianapolis, Indiana.

3.     Plaintiff's counsel respectfully requests leave for Plaintiff and a representative of Sanford Law Firm, PLLC to appear at the Initial Pretrial and Scheduling Conference by telephone rather than in person.

4.     Defendant's counsel respectfully requests leave for a representative of Dentons to appear at the Initial Pretrial and Scheduling Conference by telephone rather than in person.

Page 1 of 3
Oscar Moreno Briz et al. v. Protrans International, LLC
U.S.D.C. (S.D. Tex.) No. 7:22-cv-144
Joint Motion to Allow Parties and Counsel to Appear by Telephone

5.      The granting of the request would not prejudice any party and would help keep down the costs of litigation.

6.      Plaintiff's and Defendant's counsel have been working amicably together, and in compliance with Local Rule 7.1, they have conferred and present this motion jointly and unopposed.

WHEREFORE, premises considered, the Parties' counsel ask for the right to appear at the September 17, 2024, Initial Pretrial and Scheduling Conference by telephone, or for any other relief that the Court deems just and proper.

Respectfully submitted,

**OSCAR MORENO BRIZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

**and    DEFENDANT PROTRANS INTERNATIONAL, LLC**

DENTONS US LLP
2000 McKinney, Ave., Suite 1900
Dallas, TX 75201
Telephone (214) 259-0900

Spencer D. Hamilton
Tex. Bar No. 24087656
spencer.hamilton@dentons.com
Leanna M. Anderson
Tex. Bar No. 24085833

**Page 2 of 3**
**Oscar Moreno Briz et al. v. Protrans International, LLC**
**U.S.D.C. (S.D. Tex.) No. 7:22-cv-144**
**Joint Motion to Allow Parties and Counsel to Appear by Telephone**

leanna.anderson@dentons.com

DENTONS BINGHAM
GREENEBAUM, LLP
10 West Market Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 635-8900

Andrew W. Gruber
Admitted *pro hac vice*
andrew.gruber@dentons.com

*/s/ Katerine G. Erdel*
Katherine G. Erdel
Admitted *pro hac vice*
kate.erdel@dentons.com


## CERTIFICATE OF SERVICE

On September 5, 2024, I electronically filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which provided notice to the following attorneys of record:

Leanna M. Anderson
Spencer D. Hamilton
DENTONS US LLP
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
leanna.anderson@dentons.com
spencer.hamilton@dentons.com

Katherine G. Erdel, Esq.
Andrew W. Gruber, Esq.
DENTONS BINGHAM GREENEBAUM LLP
10 W. Market St., 2700 Market Tower
Indianapolis, Indiana 46204
Telephone: (317) 635-8900
kate.erdel@dentons.com
andrew.gruber@dentons.com

*/s/ Josh Sanford*
**Josh Sanford**

**Page 3 of 3**
**Oscar Moreno Briz et al. v. Protrans International, LLC**
**U.S.D.C. (S.D. Tex.) No. 7:22-cv-144**
**Joint Motion to Allow Parties and Counsel to Appear by Telephone**