Case 7:22-cv-00144 Document 84 Filed on 09/10/24 in TXSD Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
September 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| OSCAR MORENO BRIZ, *et al.* | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-cv-00144 |
| | § | |
| PROTRANS INTERNATIONAL, LLC, | § | |
| | § | |
| Defendant. | § | |

## OPINION AND ORDER

The Court now considers the parties, "Defendant's Unopposed Motion to Dismiss Certain Opt-In Plaintiffs,"[1] "Motion to Withdraw—Attorney Samuel Brown,"[2] "Joint Motion for Approval of Collective Action Settlement,"[3] and "Joint Motion to Allow Parties to Appear by Telephone."[4]

### I. DEFENDANT'S UNOPPOSED MOTION TO DISMISS CERTAIN OPT-IN PLAINTIFFS

The Court first turns to Defendant's motion to dismiss certain opt-in Plaintiffs.[5] Therein, Defendant states that,

> it appears that 17 individuals (the "Erroneous Opt-Ins") were each mistakenly included within the class notice list provided to Plaintiff's counsel before the beginning of the opt-in period. As a result of this, the Erroneous Opt-Ins were provided with a Notice and returned the accompanying consent, indicating that they were "employed as an employee and [were] paid a profit-share bonus", even though they never actually received a profit-share bonus during the relevant time period.[6]

> The seventeen individuals who erroneously received a Notice are: (1) Adrian Flores, (2) Steven Lashawn Gill, (3) David Eduardo Grajeda, (4) Reginald Harris, (5) Mason Holt, (6) Christina Howes, (7) Jessica Lancon, (8) Miguel Lopez, (9) Alberto Lucero Ortega, (10) Mario Aaron Martinez, (11) Joseph McDonald, (12)

---

[1] Dkt. No. 79.
[2] Dkt. No. 82.
[3] Dkt. No. 62.
[4] Dkt. No. 83
[5] Dkt. No. 79.
[6] *Id.* at 79, ¶ 11.

Andrew Meza, (13) Robert Moore, (14) Jose Olivares, (15) Antonio Sanchez, (16) David Valencia, and (17) Maria Valenzuela.[7]

The Court previously dismissed Steven Lashawn Gill,[8] Reginald Harris,[9] Mason Holt,[10] Christina Howes,[11] Alberto Lucero Ortega,[12] Joseph McDonald,[13] Jose Olivares,[14] and David Valencia.[15] The Court previously ordered the parties to provide proof that each of the remaining "erroneous opt-ins" had been given notice, at his/her last known address, of this motion.[16] The parties have now filed a joint status report[17] containing certificates of mailing for each of the remaining "Erroneous Opt-Ins."[18] The Court finds the evidence sufficient and **GRANTS** Defendant's motion to dismiss certain opt-in Plaintiffs. Thus, the following Plaintiffs are hereby **DISMISSED** from this matter:

- Adrian Flores
- David Eduardo Grajeda
- Jessica Lancon
- Miguel Lopez
- Mario Aaron Martinez
- Andrew Meza
- Robert Moore
- Antonio Sanchez
- Maria Valenzuela

---

[7] *Id.* at 79, FN 1.
[8] Dkt. No. 76.
[9] *Id.*
[10] *Id.*
[11] *Id.*
[12] Dkt. No. 78.
[13] Dkt. No. 76.
[14] *Id.*
[15] *Id.*
[16] Dkt. No. 80.
[17] Dkt. No. 81.
[18] Dkt. No. 81-1.

## II. Motion to Withdraw—Attorney Samuel Brown

Attorney Samuel Brown requests permission to withdraw his representation for all Plaintiffs as he has "resigned as a full-time member of the Sanford Law Firm, PLLC."[19] The Court finds good cause and **GRANTS** the motion to withdraw. Attorney Samuel Brown is hereby **WITHDRAWN** from his representation in this matter.

## III. Joint Motion for Approval of Collective Action Settlement

Having dismissed the "Erroneous Opt-Ins," the Court now turns to consider the approval of the collective action settlement.[20] After reviewing the pleadings filed in this case, the Court reviewed the details of the Settlement Agreement and Release.[21] Upon reviewing same, the Court is of the opinion that the Settlement Agreement and Release is in the best interest of the Plaintiffs and that the terms of the Settlement Agreement are in all respects reasonable. Accordingly, the Court hereby **GRANTS** the joint motion for approval of collective action settlement. The Court will render a separate final judgment in accordance with Federal Rules of Civil Procedure 54.

## IV. Joint Motion to Allow Parties to Appear by Telephone

The parties finally request that the Court allow them to appear remotely for the settlement conference on September 17, 2024.[22] However, due to the finalization of this case the motion is hereby **DENIED AS MOOT** and the settlement conference is hereby **CANCELLED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th of September, 2024.

_____
Micaela Alvarez
Senior United States District Judge

---

[19] Dkt. No. 82.
[20] Dkt. No. 62.
[21] Dkt. No. 62-1.
[22] Dkt. No. 83.