United States District Court
Southern District of Texas
**ENTERED**
September 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| OSCAR MORENO BRIZ, *et al.* § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-cv-00144 |
| § | |
| PROTRANS INTERNATIONAL, LLC, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Having granted the parties' joint motion for approval of collective action settlement, the Court now enters final judgment in accord with Federal Rules of Civil Procedure 54. The parties' Settlement Agreement and Release, as approved by the Court, is attached as a sealed exhibit to this Final Judgment. This action is hereby **DISMISSED** with prejudice. This is a Final Judgment disposing of all issues, and all relief not expressly granted is **DENIED**. This case is terminated, and the Clerk of Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th of September, 2024.

_____
Micaela Alvarez
Senior United States District Judge